**EXHIBIT A**

## INDEX OF STATE COURT FILINGS

*Cypher Enterprises, LLC v. HashFast Technologies LLC and HashFast LLC*

Cause No. 348-270969-14

348th Judicial District Court of Tarrant County, Texas

| DATE OF FILING | DESCRIPTION |
|---|---|
| 03/07/2014 | Plaintiff's Original Petition and Application for Injunctive Relief |
| 03/17/2014 | Tarrant County E-Filing Service Request for Issuance of Citation for HashFast Technologies LLC |
| 03/17/2014 | Tarrant County E-Filing Service Request for Issuance of Citation for HashFast LLC |
| 03/17/2014 | Plaintiff's Certificate of Compliance with Tarrant County Local Rule 3.30(c) |
| 03/20/2014 | File Copy of Citation Issued to HashFast Technologies LLC |
| 03/20/2014 | File Copy of Citation Issued to HashFast LLC |
| 03/25/2014 | Plaintiff's First Amended Petition and Applications for Injunctive Relief |
| 03/27/2014 | Temporary Restraining Order |
| 04/04/2014 | Plaintiff's Motion to Extend Temporary Restraining Order |