**EXHIBIT B**

# Civil Docket        Discovery: 3        348-270969-14

| | | | |
|---|---|---|---|
| **Cause Of Action:** CONTRACT, DEBT/CONTRACT | | | |

| | NAMES OF PARTIES | ATTORNEYS | |
|---|---|---|---|
| Date Filed 03/07/2014 | CYPHER ENTERPRISES, LLC | BOGDANOWICZ, ROBERT J., III 325 N ST. PAUL ST STE 1500 | |
| Jury Fee $ | vs. | DALLAS, TX 7520 BarID: 24064916TX   Ph (214)965-8500   PLTF DEANS & LYONS, LLP RBOGDANOWICZ@LBBSLAW.COM | 736-7861 Ci 214-663-6924 |
| Paid By | HASHFAST TECHNOLOGIES, LLC & HASHFAST, LLC | | |

| Date of Orders | ORDERS OF COURT | Was Steno Used? |
|---|---|---|
| 3/25/14 | Request for TRO considered in chambers (∅ atty or pty. present) — denied as no aff. or verif. (as required by TRCP 680). *GW* | |
| 3/27/14 | Signed TRO — TI set 4/9/14 @ 8:30 AM. *GW* | |

A CERTIFIED COPY

ATTEST: 4/7/14

THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS

BY: S Wilson
DEPUTY
SYLVIA WILSON

348-270969-14