**EXHIBIT C-2**

348-270969-14

FILED
TARRANT COUNTY
3/17/2014 9:17:23 AM
THOMAS A. WILDER
DISTRICT CLERK

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY E-FILING SERVICE REQUEST FORM

* This document MUST be filed as a **LEAD DOCUMENT REQUEST** for E-Filing.

**Cause No:** 348-270969-14

**Style of Case:** Cypher Enterprises, LLC v. Hashfast Technologies, LLC and Hashfast, LLC

Please reference the Distict Clerk web page, **www.tarrantcounty.com/eDistrictClerk** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.**

[x] Check box if you would like the District Clerk's Office to make copies for your service. (add $.35 per page per pleading for copies for service)

| Quantity | Type of Service | TC Constable | Alternatvie Service (Private Process or Out of County) | Certified Mail |
|---|---|---|---|---|
|  | Citation by Publication |  |  |  |
|  | Citation by Posting |  |  |  |
| 2 | Citation |  | x |  |
|  | TRO |  |  |  |
|  | Show Cause |  |  |  |
|  | Capias |  |  |  |
|  | Arrest Warrant |  |  |  |
|  | Protective Order |  |  |  |
|  | Writ of Habeas |  |  |  |
|  | Writ of Attachment |  |  |  |
|  | Bench Warrant |  |  |  |
|  | Writ of Garnishment |  |  |  |
|  | Writ of Permanent Injunction |  |  |  |
|  | Writ of Temporary Injunction |  |  |  |

A CERTIFIED COPY
ATTEST: 4/7/14
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: _____
DEPUTY
SYLVIA WILSON

**Name of Party to be served:** Hashfast Technologies, LLC     **Service Type:** Private
**Address for Service:** CT Corporation System, 818 W.7th Street, 2nd Floor     **Party Type:** Defendant
Los Angeles, CA 90017

**Name of Party to be served:** HashFast, LLC     **Service Type:** Private
**Address for Service:** The Corporation Trust Company, 1209 Orange St.     **Party Type:** Defendant
Wilmington, Delaware 19801

**Name of Party to be served:**     **Service Type:**
**Address for Service:**     **Party Type:**

Attach additional pages if there are more parties to be served.

**ATTORNEY(OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
**NAME:** Robert Bogdanowicz     **TEXAS BAR NO./ID NO.** 24064916
**MAILING ADDRESS:** 325 N. St. Paul Street, Suite 1500, Dallas, Texas 75201
**PHONE NO:** 214-965-8500     **FAX NO.:** 214-965-8505

**EMAIL ADDRESS:** rob@deanslyons.com

REVISED 12/20/13