**EXHIBIT C-4**

348-270969-14

FILED
TARRANT COUNTY
3/17/2014 3:18:29 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 348-270969-14

| | |
|---|---|
| CYPHER ENTERPRISES, LLC | |
| | IN THE 348th JUDICIAL DISTRICT COURT |
| v. | |
| | TARRANT COUNTY, TEXAS |
| HASHFAST TECHNOLOGIES, LLC and HASHFAST, LLC | |

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH TARRANT COUNTY LOCAL RULE 3.30(c)

Pursuant to Tarrant County Local Rule 3.30(c), counsel for Cypher Enterprises, LLC ("Plaintiff") certifies that, to the best of his knowledge, HashFast Technologies, LLC and Hashfast, LLC (collectively, "Defendants") are not represented by counsel. Therefore, there is no way to notify counsel for Defendants of the *ex parte* relief requested.

Dated: March 17, 2014.

DEANS & LYONS, LLP

*[signature]*

**Robert J. Bogdanowicz III**
Texas Bar No. 24064916
rob@deanslyons.com

325 N. Saint Paul Street
Suite 1500
Dallas, Texas 75201
(214) 736-7861 (t)
(214) 965-8505 (f)

ATTORNEYS FOR PLAINTIFF

A CERTIFIED COPY
ATTEST: 4/7/14
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: *[signature]*
DEPUTY
SYLVIA WILSON