**EXHIBIT C-5**

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*FILE COPY*

*CITATION*                    *Cause No. 348-270969-14*

CYPHER ENTERPRISES, LLC
VS.
HASHFAST TECHNOLOGIES, LLC & HASHFAST, LLC

TO: HASHFAST TECHNOLOGIES LLC

B/S CT CORPORATION SYSTEM REG AGT 818 W SEVENTH ST 2ND FLR LOS ANGELES, CA 90017-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION & APPLICATIONS FOR INJUNCTIVE RELIEF at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 348th District Court ,401 W BELKNAP, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

CYPHER ENTERPRISES LLC

Filed in said Court on March 7th, 2014 Against
HASHFAST TECHNOLOGIES LLC, HASHFAST LLC

For suit, said suit being numbered 348-270969-14 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION & APPLICATIONS FOR INJUNCTIVE RELIEF a copy of which accompanies this citation.

A CERTIFIED COPY
ATTEST: 4/7/14
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: *[signature]*
DEPUTY
SYLVIA WILSON

ROBERT J. BOGDANOWICZ, III
Attorney for CYPHER ENTERPRISES LLC Phone No. (214)736-7861
Address    325 N ST. PAUL ST STE 1500 DALLAS, TX 75201

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 20th day of March, 2014.

By _____ Deputy
KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 401 W BELKNAP, FORT WORTH TX 76196-0402

## OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION & APPLICATIONS FOR INJUNCTIVE RELIEF, having first endorsed on same the date of delivery.

       Authorized Person/Constable/Sheriff: _____
              County of _____ State of_____ By _____ Deputy
Fees $_____       _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                    _____
                             County of _____, State of _____

## CITATION

Cause No. 348-270969-14

CYPHER ENTERPRISES, LLC

VS.

HASHFAST TECHNOLOGIES, LLC &
HASHFAST, LLC

ISSUED

This 20th day of March, 2014

Thomas A. Wilder
Tarrant County District Clerk
401 W BELKNAP
FORT WORTH TX 76196-0402

By        KIMBERLY KRUMLAND Deputy

ROBERT J. BOGDANOWICZ, III
Attorney for: CYPHER ENTERPRISES LLC
Phone No. (214)736-7861
ADDRESS: 325 N ST. PAUL ST STE 1500

DALLAS, TX 75201

## CIVIL LAW



*34827096914000005*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
**FILE COPY**