**EXHIBIT C-7**

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 348-270969-14

| | |
|---|---|
| CYPHER ENTERPRISES, LLC | |
| | IN THE 348th JUDICIAL DISTRICT COURT |
| v. | |
| | TARRANT COUNTY, TEXAS |
| HASHFAST TECHNOLOGIES, LLC and HASHFAST, LLC | |

### PLAINTIFF'S FIRST AMENDED PETITION & APPLICATIONS FOR INJUNCTIVE RELIEF

Cypher Enterprises, LLC ("**Plaintiff**") files this action against HashFast Technologies, LLC and HashFast, LLC (collectively, "**Defendants**") for their willful breaches of contract and steadfast refusal to refund Plaintiff the money it paid Defendants in United States dollars and Bitcoins, a digital currency, for promised computer hardware which was *never* delivered.

### PARTIES

1.      Cypher Enterprises, LLC is a limited liability company organized under Texas law which maintains its principal place of business in Southlake, Texas.  It has appeared in this matter for all purposes.

2.      HashFast Technologies, LLC is a limited liability company organized under California law with its principal place of business in San Jose, California.  Process should be served on CT Corporation System, 818 West Seventh Street, 2nd Floor, Los Angeles, California 90017.

3.      HashFast, LLC is a limited liability company organized under Delaware law with its principal place of business in San Jose, California.  Process should be served on The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

A CERTIFIED COPY
ATTEST: 4/7/14
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: *Wilson*
DEPUTY
SYLVIA WILSON

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

## CLAIMS FOR RELIEF (TEX. R. CIV. P. 47)

4.      Plaintiff seeks monetary relief over $200,000.00 but not more than $1,000,000.00 as well as non-monetary relief.

### JURISDICTION & VENUE

5.      All conditions precedent have occurred.  The subject matter in controversy is within the jurisdictional limits of this court.

6.      The district courts of Tarrant County, Texas have jurisdiction under Section 17.042 of the Texas Civil Practice & Remedies Code because Defendants are foreign entities regularly conducting business within the State of Texas and specifically, within this county.  At all material times, Defendants engaged in business in Texas and actively, purposefully, willfully, intentionally, systematically (and not in an isolated manner) conducted business in Tarrant County, Texas; Defendants products—computer hardware—are available for purchase by Texas residents on its website, www.hashfast.com.

7.      Venue in Tarrant County is proper under Section 15.002(a)(4) of the Texas Civil Practice & Remedies Code because Tarrant County is the county in which Plaintiff resided at the time of the accrual of these causes of action.

### DISCOVERY PLAN

8.      Plaintiff intends to conduct discovery according to Level 3, as permitted by TEX. R. CIV. P. 190.

### BACKGROUND

***What the heck is a Bitcoin?***

9.      Bitcoins ("BTC") are essentially digital currency, created and exchanged over a peer-to-peer payment network. The BTC network is decentralized, with no authority overseeing its

**PLAINTIFF'S 1ˢᵗ AMENDED  PETITION & APPLICATIONS FOR INJUNCTIVE RELIEF**
**Page 2 of 11**

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

operation; it uses open-source encryption software for transactions. Every BTC transaction is permanently recorded and is maintained in a transparent public ledger. The original technical paper describing BTC in detail can be found at http://bitcoin.org/bitcoin.pdf.

10.     BTC payment transactions are processed by a network of private computers distributed throughout the world which, typically, have been specially configured for processing BTC transactions. These computers are commonly referred to as "Bitcoin computers"; the operators of such computers are known as "miners". Miners are partially compensated for the work they perform by receiving fees for the BTC transactions that they process through their BTC computers.

11.     The BTC system also incentivizes miners to process transactions by allowing them to create new BTC for themselves based on the number of "blocks" discovered. Blocks are files containing data regarding BTC transactions that have yet to be recorded in the public ledger. The process of discovering a block involves calculating an algorithm known as SHA256 hash over and over again until the miner finds an input that matches an expected output. The chance that a miner will discover a given block, and thereby claim its BTC "reward" before another miner, is based on the miner's "hash rate" relative to the total hash rate of all BTC miners on the network. This incentive creates an inherent competitive environment in which miners seek to increase their rate of processing.

12.     The difficulty of BTC mining is continually adjusted based on the rate at which blocks are created. Thus, as competition increases, so does the difficulty in processing. As a result, a BTC mining computer continually becomes less valuable over time, as it becomes relatively less efficient at processing BTC blocks. Eventually, without upgrading technology, the electricity required for processing will cost a miner more than the BTC computer is able to generate.

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

13.     As BTC has increased in popularity, technology companies have sprung up to serve the BTC mining market, developing specialized computers to conduct such mining. Defendants operate one such company and sell this hardware at www.hashfast.com.

### Plaintiff's Orders with Defendants

14.     Plaintiff is the legal assignee of five different orders placed with HashFast (collectively, the "**Orders**").[1]

15.     Originally, Order No. 616 was placed by a gentleman named Matthew Leong, who, in writing, has assigned all rights, remedies, causes of action, and interest in Order No. 616 to Plaintiff.

16.     The remaining orders were placed by two other gentlemen—Jason Badua and Thomas Salvatore.  Mr. Badua and Mr. Salvatore are members of Plaintiff, and like Mr. Leong, have assigned all rights, remedies, causes of action, and interest in the orders to Plaintiff.

### HashFast Makes Promises

17.     In July 2013, Defendants, through various representatives, began posting on a popular BTC forum known as "Bitcoin Talk", located at www.bitcointalk.org.  Defendants made several posts about their soon-to-be-launched BTC mining computer.

18.     Defendants engaged in a wide range of promotion via Bitcoin Talk, including (1) inviting members to visit their offices, (2) announcing partnerships and supply arrangements, and (3) stating that their order process would be fully transparent.  For example, in late August, Defendants purported to "announce some specs for [HashFast's] mining chip," going so far as to attach a letter from a third party partner.  Defendants said that they would also be open and transparent about their sales queue.

---

[1] *See* **Ex. A** (HashFast Order Nos. 616, 991, 1981, 2176, and 2354).

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

19.     Defendants publicly posted statements assuring shipments would be made in late

October 2013. On August 5, 2013, Defendants stated "We will be shipping [the mining product] in

October."[2]

20.     On August 8, 2013, Defendants stated that "HashFast is launching sales of the Baby

Jet [mining product]," and further stated "Shipments begin: October 20th-30th, in order of

purchase."[3]

21.     Defendants' website claims HashFast is a "leader in Bitcoin mining technology."[4]

***Plaintiff Places Orders***

22.     After reviewing the product information provided on the Site for HashFast's "Baby

Jet" BTC mining computer, including the product's technical specifications and HashFast's stated

delivery dates, Plaintiff decided to purchase Baby Jet hardware.

23.     In choosing the Baby Jet, Plaintiff relied on Defendants' representations and

warranties on its website and Bitcoin Talk posts, including Defendants' claim that it had units of the

Baby Jet "in stock," with shipments starting "October 20-30."

24.     Ultimately, Plaintiff placed the Orders.  Plaintiff paid for Order No. 616 in USD

($6,018.50); Plaintiff paid the rest in BTC (218.87162179 BTC).

25.     Defendants represented that refunds would be paid in BTC. In a public post on

Bitcoin Talk, Defendants advised that "Orders are taken in BTC, in the unlikely event we get to

refunds they will be given in BTC."[5]

26.     Following Plaintiff's Orders, Defendants continued to reaffirm that it would make

---

[2] **Ex. B** (Screenshot of https://bitcointalk.org/index.php?topic=262052.msg2869016#msg2869016).

[3] **Ex. C** (Screenshot of https://bitcointalk.org/index.php?topic=270384.msg2894615#msg2894615).

[4] *See* http://hashfast.com/about-us/.

[5] **Ex. D** (Screenshot of https://bitcointalk.org/index.php?topic=270384.msg2903338#msg2903338).

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

deliveries in October. On August 11, 2013, Defendants stated in a post on Bitcoin Talk: "We understand the importance of schedule . . . and we're confident we can deliver."[6]

27.    Defendants could not deliver the hardware on time. Eventually, Defendants promised the BabyJet computers would be shipped no later than December 31, 2013. That date has come and gone, and Defendants failed to deliver the already overdue products to Plaintiff. Plaintiff demanded a full refund in BTC and United States dollars on January 13, 2014. Defendants have yet to respond or refund Plaintiff a single penny (or BTC).

## CAUSES OF ACTION

### COUNT ONE – BREACH OF CONTRACT

28.    Plaintiff and Defendants entered into a valid, enforceable contract (the Orders). Defendants were aware of the time-sensitive nature of delivery and made specific assurances to Plaintiff regarding the delivery deadline and refund policy. Plaintiff performed by tendering payment, and Defendants have materially breached the contract for failing to deliver the hardware timely (or at all). Plaintiff has been damaged as a result of Defendants' material breach of contract and seeks all available damages in law and equity, including recission (in the alternative).

### COUNT TWO – MONEY HAD & RECEIVED

29.    Defendants have and continue to hold money (USD and BTC) belonging to Plaintiff in both equity and good conscience. As a result, Plaintiff seeks all available actual damages—the money received and held by Defendants which belongs to Plaintiff.

---

[6] **Ex. E** (Screenshot of https://bitcointalk.org/index.php?topic=262052.msg2908364#msg2908364).

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

## COUNT THREE – COMMON LAW FRAUD

30.     Defendants made numerous representations to Plaintiff regarding the delivery dates and refund policy in connection with Baby Jet hardware.  These representations were material and false.

31.     When Defendants made these representations, they knew they were false or made them recklessly, as a positive assertion, and without knowledge of the truth. Defendants made those representations with the intent Plaintiff act and/or rely on them.   Plaintiff relied on these representations and as a result, have been injured and seek all available damages in law and equity.

## COUNT FOUR – VIOLATIONS OF THE TEXAS DTPA "LAUNDRY LIST"

32.     Plaintiff is a consumer and Defendants can be sued under the Texas Deceptive Trade Practices Act. Defendants committed false, misleading, and/or deceptive acts and/or practices as specifically enumerated in the "laundry list" found in Tex. Bus. & Comm. Code § 17.46(b).

33.     Defendants' actions were a producing cause of Plaintiff's damages, and as a result, Plaintiff seeks all available damages in law and equity.

## APPLICATIONS FOR INJUNCTIVE RELIEF

### A.      A Temporary Restraining Order is Necessary to Preserve Plaintiff's Rights.

34.      The purpose of a TRO is to preserve the subject matter of the lawsuit, pending a hearing on an application for temporary injunction. TEX. R. CIV. P. 680; *See Butnaru v. Ford Motor Co.*, 84 S.W.3d 198, 204 (Tex. 2002).  To secure a TRO, Plaintiff must demonstrate that it has pleaded for permanent injunctive relief, has a probable right to the relief sought, and will suffer imminent, irreparable harm in the interim if the Court does not grant injunctive relief. *See Butnaru* at 204; *Town of Palm Valley v. Johnson*, 87 S.W.3d 110, 111 (Tex. 2001).

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

35.     Plaintiff has established all these elements; it seeks permanent injunctive relief and has established a probable right of recovery. A probable right of recovery is established "by simply alleging a cause of action and presenting evidence which tends to sustain it". *Miller Paper Co. v. Roberts Paper Co.*, 901 S.W.2d 593, 597 (Tex. App.—Amarillo 1995, no writ). As detailed above, Defendants have materially breached the contract for failing to deliver the hardware timely and have withheld Plaintiff's refund in BTC and USD.

36.     Plaintiff will suffer imminent, irreparable harm in the interim if the Court does not grant injunctive relief. An applicant for a TRO suffers imminent, irreparable harm where there is no adequate remedy at law. *Walling v. Metcalfe*, 863 S.W.2d 56, 58 (Tex. 1993). Defendants currently hold Plaintiff's BTC captive; it may have already been redeemed, transferred, or converted into another form of currency without Plaintiff's knowledge or consent. Calculating the extent of damage to Plaintiff in the event Defendants sell, transfer, convey, redeem, or otherwise dispose of Plaintiff's BTC is impossible, as the value of BTC can vary by the *minute*. The harm caused by Defendants is irreparable.

37.     Plaintiff requests the Court enter a TRO prohibiting Defendants from destroying, damaging, removing, concealing, transferring, using, assigning, wasting, encumbering, burdening, alienating, harming, reducing, selling, redeeming, conveying, or otherwise disposing of any and all cryptocurrencies, including Bitcoins, which are possessed, held, owned, and/or managed by Defendants or any of Defendants' owners, agents, or representatives in one or more digital "wallets". This is referred to as the "**Prohibited Conduct**".

38.     The requested TRO will ensure that Defendant do not misappropriate BTC which may not be able to be recovered pending a temporary injunction hearing.

**PLAINTIFF'S 1ˢᵗ AMENDED PETITION & APPLICATIONS FOR INJUNCTIVE RELIEF**
**Page 8 of 11**

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

**B. Plaintiff Requests the Court Enter a Temporary and Permanent Injunction Against Defendants.**

39.     Plaintiff requests that, after entry of the requested TRO, the Court set its application for a temporary injunction for hearing and enter a temporary injunction enjoining Defendants from the Prohibited Conduct. Plaintiff further requests that, after a trial on the merits, the Court enter a permanent injunction enjoining Defendants from the Prohibited Conduct.

## DAMAGES

40.     As a result of Defendants' wrongful acts and/or omissions (as described above), Plaintiff has been damaged and seeks all actual damages, attorneys' fees, court costs, interest, injunctive relief, and equitable relief.

## JURY DEMAND

41.     Plaintiff requests a trial by jury and will tender the required jury fee if it has not been paid.

## PRAYER

Plaintiff prays Defendants are cited to appear, answer this lawsuit, and that upon final trial, Plaintiff recovers the following:

1) Actual damages;

2) Injunctive relief;

3) Equitable relief, as pleaded in the alternative;

4) Reasonable and necessary attorneys' fees;

5) Court costs;

6) Pre-judgment and post-judgment interest as allowed by law;

7) Any other relief Plaintiff may be entitled to, whether in law or equity.

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

DEANS & LYONS, LLP

_____

**Robert J. Bogdanowicz III**
Texas Bar No. 24064916
rob@deanslyons.com

325 N. Saint Paul Street
Suite 1500
Dallas, Texas 75201
(214) 736-7861 (t)
(214) 965-8505 (f)

**ATTORNEYS FOR PLAINTIFF**

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF TARRANT §

Before me, the undersigned Notary Public, on this day personally appeared JONATHAN KOHN, a managing member of Cypher Enterprises, LLC, who, after being duly sworn, stated under oath that he is a duly authorized representative of Cypher Enterprises, LLC in this action, that he has read the foregoing Plaintiff's First Amended Petition & Applications for Injunctive Relief, and that all factual statements contained in Paragraphs 9 – 27 of the foregoing are within his personal knowledge, are true and correct, and that Plaintiff's First Amended Petition & Applications for Injunctive Relief is not groundless or brought in bad faith or for purposes of harassment.

JONATHAN KOHN

SUBSCRIBED AND SWORN TO before me on March 25, 2014, to certify which witness my hand and official seal.

Guy C. Holcomb
Notary Public in and for the State of Texas

GUY C. HOLCOMB
Notary Public, State of Texas
My Commission Expires
September 26, 2017

Name: Guy C. Holcomb

My Commission Expires: 9/26/17



📄 Order Confirmation - Hashfast – Baby Jet Matthew Leong.pdf (page 1 of 5)

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 8:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

| DATE | |
|------|--|
| August 14, 2013 | |

HashFast Technologies, Inc. ("Hashfast")
97 South Second Street #175
San Jose, 95113 United States

**Order NUMBER: 616**
Please have the Order Number appear on all related
correspondence, shipping papers, and invoices

## Order Confirmation

**To:**          **("Buyer")**
Mr. Matthew Leong



Australia

**Ship To:**
Mr. Matthew Leong



Australia

| QTY | PRODUCT | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|---------|-------------|------------|-------|
| 1 | Baby Jet | Buyer purchases Baby Jet unit(s) incorporating (1) GN ASICs @ 400 Ghash at nominal clock speed (nominal voltage). <br><br>Payment:<br>100% via international wire transfer<br><br>In addition, for delivery via UPS Worldwide Expedited. Expected shipping date: October 30, 2013* | $5,600 USD | $5,600 USD |

| | |
|---|---|
| SUBTOTAL | $5,600.00 USD |
| SHIPPING | $418.50 USD |
| TOTAL | $6,018.50 USD |

- Buyer will pay in USD.
- Baby Jet Delivery Dates. All of the 550 Baby Jet units from HashFast's first production batch are guaranteed for delivery by December 31, 2013. If Buyer ordered one or more units of such Baby Jets, and HashFast does not deliver such units by that date, then Buyer may cancel the undelivered portion of the order at Buyer's request and HashFast will refund the payment for the units that Buyer purchased but did not receive and cancelled. This cancellation and refund is Buyer's sole and exclusive remedy for HashFast failing to deliver by the December 31, 2013 guaranteed delivery date, and Buyer must cancel the order by January 15, 2014 to avail itself of this remedy. Buyer to pay all taxes, duties and shipping costs.



EXHIBIT
A

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 8:08:38 PM
THOMAS A. WILDER
DISTRICT CLERK

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #991

| Product | Quantity | Price |
|---|---|---|
| Baby Jet (nominal 400 Ghash/s) | 1 | $5,600 |

Thank you for your purchase. If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

– The HashFast Team

| | |
|---|---|
| **Cart Subtotal:** | $5,600 |
| **Shipping:** | $204 via Next Day Air Early AM (UPS) |
| **Order Total:** | $5,804 |

**Note:** This is an escrowed group buy by John K. from Bitcointalk, for this particular group buy: https://bitcointalk.org/index.php?topic=274055.0 Please CC the.john.is.here@gmail.com and john98112004@yahoo.co.uk on any updates. The miner is to be sent to a colocation company as detailed above

# Customer details

**Email:** jaybad@gmail.com

**Tel:** (808) 651-2030

# Billing address

Jason Badua
4039 Palikea Street
Lihue, Hawaii 96766

# Shipping address

Jason Badua
DataShack, LLC
201 East 16th Ave
North Kansas City, Missouri 64116

**348-270969-14**

If you have quesitons about your order, please contact customer service at sales@hashfast.com or contact us during pacific standard business hours at (800)609-3445.

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

3

---------- Forwarded message ----------
From: **HashFast Technologies** <sales@hashfast.com>
Date: Tue, Oct 1, 2013 at 2:57 PM
Subject: Your HashFast Technologies order from September 24, 2013 is complete
To: jaybad@gmail.com

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:26 PM
THOMAS A. WILDER
DISTRICT CLERK



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #1981

| Product | Quantity | Price |
|---|---|---|
| Sierra – Second Batch – On Sale Now! → Second Batch Sierra – Without Miner Protection Program™ – On Sale Now! | 1 | $6,000 |
| Sierra – Second Batch – On Sale Now! → Second Batch Sierra – With Miner Protection Program™ – On Sale Now! | 1 | $10,800 |
| **Cart Subtotal:** | | $16,800 |
| **Shipping:** | | $254.09 via Next Day Air Saver (UPS) |
| **Order Total:** | | $17,054.09 |

**Note:** Per John S., sending approx. 50% (or closest approximation) for *2* Sierras at HashFast Flash Sale Pricing as down payments. Payment to follow at end of week for remainder: jaybad@gmail.com. Mahalo! These are DZ Cooperative HashFast Miners #3 & 4.

# Customer details

2

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 8:09:28 PM
THOMAS A. WILDER
DISTRICT CLERK

**Email:** jaybad@gmail.com

**Tel:** 8086512030

# Billing address

# Shipping address

Jason Badua
Representing the DZ Miner's Cooperative
of BTC Talk Forums, an at-cost
cooperative catering to smaller miners
4039 Palikea St.
Lihue, Hawaii 96766

Matthew Carson
Miner Hosting LLC
2057 Vienna Road
Rolla, Missouri 65401

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call
us during pacific standard business hours at (800)609-3445.

3

**To:** mbbs@ymail.com
348-270969-14
**Subject: Your HashFast Technologies order from October 9, 2013 is complete**

FILED
TARRANT COUNTY
3/25/2014 8:09:28 PM
THOMAS A. WILDER
DISTRICT CLERK



# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #2176

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $183.54 via Next Day Air Early AM (UPS) |
| **Order Total:** | | $1,683.54 |

**Note:** Send to same location as my babyjet order # 616

# Customer details

**Email:** mbbs@ymail.com

**Tel:** +61352227373

# Billing address

Matthew Leong
Attention Cara : Jason Badua's secret
hosting location

# Shipping address

Matthew Leong
Attention Cara : Jason Badua's secret
hosting location

2

348-270969-14

FILED
TARRANT COUNTY
3/20/2014 3:05:28 PM
THOMAS A. WILDER
DISTRICT CLERK

Attention Cara : Jason Badua's secret
hosting location
Missouri, Missouri 65401

Attention Cara : Jason Badua's secret
hosting location
Missouri, Missouri 65401

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call
us during pacific standard business hours at (800)609-3445.

3

348-270969-14

Your order has been received and is now being processed. Your order details are shown below for your reference:

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

Please send your bitcoin payment as follows:

Amount (**BTC**): **11.69937457**

Address:       **14rU1GvGoNEoMisSE26WnbsZfhEQbt4rbc**

QR Code:



Please note:

1.  You must make a payment within 1 hour, or your order will be cancelled
2.  As soon as your payment is received in full you will receive email confirmation with order delivery details.
3.  You may send payments from multiple accounts to reach the total required.

# Order: #2354

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $183.54 via Next Day Air Early AM (UPS) |
| **Order Total:** | | $1,683.54 |

# Customer details

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

**Email:** surfskatekauai@gmail.com

**Tel:** 8086512030

# Billing address                    # Shipping address

Jason Badua                         Matthew Carson
DyslexicZombei's at-cost Miners     Miner Hosting LLC
Cooperative (NOT Incorporated)      1028 South Bishop Ave.
4039 Palikea St.                    Rolla, Missouri 65401
Lihue, Hawaii 96766

If you have quesitons about your order, please contact customer service at sales@hashfast.com or call
us during pacific standard business hours at (800)609-3445.

3

# Bitcoin Forum

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

March 07, 2014, 10:31:21 PM

Welcome, **Guest**. Please login or register.

| | |
|---|---|

[ Forever ] [ Login ]
Login with username, password and session length

**News:** Bitcoin 0.8.6 is now available. Download.

[                    ] [ Search ]

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 **[23]** 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 ... 423

« previous topic
next topic »

**print**

| Author | Topic: HashFast announces specs for new ASIC: 400GH/s  (Read 295593 times) |
|---|---|

**calichomp**
Newbie

Activity: 13

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 04, 2013, 06:16:47 PM

#441

> Quote from: crumbs on August 03, 2013, 12:54:45 AM
>> Quote from: arorts on August 03, 2013, 12:47:12 AM
>>> Quote from: Gyrsur on July 30, 2013, 08:59:37 PM
>>> at least they should start to take preorders soon! can't wait to give my money away...
>>>
>>> someone located in this area to give a visit? 🌐
>>>
>>> HashFast Technologies LLC
>>>
>>> 97 South Second Street #175
>>> San Jose, CA 95113
>>
>> Wohoooo!  It's just a few blocks from where I live. So proud of my Silicon Valley. I'm on vacation but I'll probably contact them later on to pay them a visit.
>>
>> I'll be on day one in line the day they start selling just like with an Apple store (except I'm going to be escorted by some dudes since it'll be like walking out with gold from a store).
>> Go SV! Go SV!! to lead the technology charge and leave behind in the war zone the sucker, douchey and geek-wanna-be redneck company from Kansas. (You know which company I'm specifically talking about! ;-)
>
> Yippers.  That shoo is Uniquify's address 😄 BTW, how did you get out of noob jail so quick -- this is your second post EVAH!

For what it is worth... google says this address is a place called Nextspace -- a co-working office.  Seems weird to me that a company that can afford a 28nm chip without preorders can't find their own office.





Neighbourhood Pool Watch: Keeping an eye on Bitcoin mining
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction.
Advertise here.

FILED
TARRANT COUNTY
3/25/2014 4:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

**Ytterbium**
Full Member
🌑🌑🌑

Activity: 224

Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 01:28:32 AM

> Quote from: Bargraphics on August 05, 2013, 01:25:51 AM
>> Quote from: calichomp on August 04, 2013, 06:16:47 PM
>> For what it is worth... google says this address is a place called Nextspace -- a co-working office.  Seems weird to me that a company that can afford a 28nm chip without preorders can't find their own office.
>
> I went and had a visit with them, they are literally camped out in Uniquify's Building.
>
> You walked up to the Uniquify receptionist, ask to see John from HashFast and she takes you to him.
>
> You can't really bend this any other way, they are working closely and directly with them.

What was the address you visited them at?

- in hand - 8.5Gh/s blades for Ƀ0.196 (about $112). That's a cost/gh of Ƀ0.023/gh - cheaper then cex.io. Ships in 24 hours **guaranteed**  with **free shipping** in the US! (24h not including Saturdays and Sundays).

**HashFast**
Full Member
🌑🌑🌑

Activity: 154

Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #443
August 05, 2013, 04:55:03 AM

> Quote from: Bitcoinorama on August 02, 2013, 07:10:22 PM
> Hashfast has just updated it's privacy policy, some is quite standard, but their clearly marketing orientated and looks like they are willing to sell your data;
>
> http://hashfast.com/privacy-policy-2/
>
> Not sure I'm happy with this...

Hey Bitcoinorama,

Thanks for pointing this out. We used an online service to generate a privacy policy, and we missed that section.
You are right, and it's been removed.  We will absolutely not sell or share anyone's data.


Thanks,
John Skrodenis


_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
**BabyJets & Sierras On Sale today!**

**HashFast**
Full Member
🌑🌑🌑

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #444
August 05, 2013, 05:21:34 AM

> Quote from: calichomp on August 04, 2013, 06:16:47 PM

Activity: 154



For what it is worth... google says this address is a place called Nextspace -- a
co-working office.  Seems weird to me that a company that can afford a 28nm chip
without preorders can't find their own office.

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

This is a great question.

Here is the answer:
Uniquify was gracious enough to allow the entire HashFast staff to work inside
of their offices.  This is to both ensure that HashFast's engineering team is fully
embedded with Uniquify, and to minimize any separation of HashFast's
business and engineering teams during a critical time. In addition, we have
rented temporary space for meetings, etc. in San Jose, and have access to
additional space in San Francisco.

Since Simon and most of his team live in San Francisco, one should expect to
us to soon relocate our offices closer to home. (I for one, hope this happens
sooner rather than later 😊

John


_HashFast Technologies_28 nm mining
Producer of High Performance ASICS
BabyJets & Sierras On Sale today!

**Vagnavs**
Sr. Member
◉◉◉◉

Activity: 308

Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**                              #445
August 05, 2013, 05:25:41 AM

Quote from: HashFast on August 05, 2013, 05:21:34 AM
> Quote from: calichomp on August 04, 2013, 06:16:47 PM
>
>> For what it is worth... google says this address is a place called Nextspace -- a
>> co-working office.  Seems weird to me that a company that can afford a 28nm chip
>> without preorders can't find their own office.
>
> This is a great question.
>
> Here is the answer:
> Uniquify was gracious enough to allow the entire HashFast staff to work inside of their
> offices.  This is to both ensure that HashFast's engineering team is fully embedded with
> Uniquify, and to minimize any separation of HashFast's business and engineering teams
> during a critical time. In addition, we have rented temporary space for meetings, etc. in
> San Jose, and have access to additional space in San Francisco.
>
> Since Simon and most of his team live in San Francisco, one should expect to us to soon
> relocate our offices closer to home. (I for one, hope this happens sooner rather than later
> 😊
>
> John

can you address some of the concerns others have stated in this thread? Such
as the twitter feed, user accounts, private policy and etc. Your team appears to
be a talented bunch. But so far, you wouldn't know that by reading this thread.
Regards,

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 4:08:26 PM
THOMAS A. WILDER
DISTRICT CLERK

**QuiveringGibb**
Full Member
◍◍◍

Activity: 209

theSkyNet.org



Ignore

◇ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 06:18:31 AM

http://betsofbitco.in/item?id=1706

**HashFast will ship their first chip (to spec) to a buying customer on, or before October 31st, 2013.**

Code:

```
HashFast Technologies (http://hashfast.com/) is a fabless semiconduct

Their first chip, the Golden Nonce (GN) microprocessor, is in the fin

The GN chip will perform more than 400 Ghash per second, and uses as

Current-generation ASICs power per Ghash is defined as 1W for 1Ghash.

HashFast's GN Bitcoin mining microprocessor will ship to a buying cus

Editor's note: We will judge the statement according to the forum pos

Info
Opening date: Aug. 4, 2013
Bet deadline: Oct. 10, 2013 end of day Eastern Time
Event date: Oct. 31, 2013 end of day Eastern Time
Category: Technology
Total agree bets: 0.10
Total disagree bets: 1.00
```

This will be interesting...

QG

https://bitcointalk.org/index.php?topic=498343.0 - [AUCTION] In-hand in Australia 2 x BFL Singles 120GHs 98mBTC, Discussion
theSkyNet.org needs you! Got a spare CPU thread? Want to help astronomers make awesome

**HashFast**
Full Member
◍◍◍

Activity: 154

Ignore

◇ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #447
August 05, 2013, 06:51:02 AM

Quote from: ryanb on August 04, 2013, 03:52:51 PM

when will your asic be available and are there any prices?

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

**_HashFast Technologies_28 nm mining**
**Producer of High Performance ASICS**
**BabyJets & Sierras On Sale today!**

**Ytterbium**
Full Member
◍◍◍

◇ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #448
August 05, 2013, 06:54:24 AM

Quote from: HashFast on August 05, 2013, 06:51:02 AM

**Activity: 224**

348-270969-14

We will be shipping in October.

FILED
TARRANT COUNTY
3/27/2014 3:09:28 PM
THOMAS A. WILDER
DISTRICT CLERK

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Will you be shipping in a way that's obvious for everyone to see, so that people who bet 'yes' will make back their money, or just big mining operations like gridfinity?

Ignore

- in hand - 8.5Gh/s blades for **B0.196** (about $112). That's a cost/gh of **B0.023/gh** - cheaper then cex.io. Ships in 24 hours **guaranteed**  with **free shipping** in the US! (24h not including Saturdays and Sundays).

---

**Vagnavs**
Sr. Member
◉◉◉◉

**Activity: 308**

Ignore

💎 **Re: HashFast announces specs for new ASIC: 400GH/s**       #449
August 05, 2013, 11:45:54 AM

> Quote from: Ytterbium on August 05, 2013, 06:54:24 AM
>
> > Quote from: HashFast on August 05, 2013, 06:51:02 AM
> >
> > We will be shipping in October.
> >
> > We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.
> >
> > Will you be shipping in a way that's obvious for everyone to see, so that people who bet 'yes' will make back their money, or just big mining operations like gridfinity?

+ 1

Also, what is your definition of "shipping", is that 5 units, 500 units, etc. You may claim to win the bet, by releasing just a couple units.
Regards

---

**Bitcoinorama**
Sr. Member
◉◉◉◉

**Activity: 308**



Ignore

💎 **Re: HashFast announces specs for new ASIC: 400GH/s**       #450
August 05, 2013, 12:15:06 PM

> Quote from: HashFast on August 05, 2013, 04:55:03 AM
>
> > Quote from: Bitcoinorama on August 02, 2013, 07:10:22 PM
> >
> > Hashfast has just updated it's privacy policy, some is quite standard, but their clearly marketing orientated and looks like they are willing to sell your data;
> >
> > http://hashfast.com/privacy-policy-2/
> >
> > Not sure I'm happy with this...
>
> Hey Bitcoinorama,
>
> Thanks for pointing this out. We used an online service to generate a privacy policy, and we missed that section.
> You are right, and it's been removed.  We will absolutely not sell or share anyone's data.
>
>
> Thanks,
> John Skrodenis

Thank-you, and sorry for any negativity this may have caused.

FILED
TARRANT COUNTY
3/7/2014 4:09:38 PM
THOMAS A WILDER
DISTRICT CLERK

People are trusting and don't tend to read policies or agreements. Agreed that this is their fault, as much as the company, but one assumes you would put your customers interests first, which is not always the case with some companies, so I had to call you on it, as it looked like you enticed people to sign up (including myself!) before releasing the privacy policy.

Make my day! Say thanks if you found me helpful 😊 BTC Address --->
1487ThaKjezGA6SiE8fvGcxbgJJu6XWtZp
https://www.kncminer.com/?resellerid=508

---

**NetTime**
Member
😊😊

Activity: 74

🗐
Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 01:54:12 PM                                          #451

> Quote from: HashFast on August 05, 2013, 06:51:02 AM
>
> We will be shipping in October.
>
> We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Yes!  Looking forward to details on the rack unit and pricing.

---

**gateway**
Sr. Member
😊😊😊😊

Activity: 336

🗐
Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 03:31:15 PM                                          #452

> Quote from: HashFast on August 05, 2013, 06:51:02 AM
>
> > Quote from: ryanb on August 04, 2013, 03:52:51 PM
> >
> > when will your asic be available and are there any prices?
>
> We will be shipping in October.
>
> We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Awesome news John!

I for one am excited about the new products and chips coming out!

@all, I think its time to relax a bit, funny thing I saw that sorta rang true on a post maybe not in this one is "More answers always lead to more questions", so lets let the HashFast team focus on bringing out their products and I'm sure John or Simon will be here at times to answer any relevant questions that are on topic 😊

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

---

**BitCsByBit**
Full Member
😊😊😊

Activity: 224

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 06, 2013, 10:15:23 AM                                          #453

> Quote from: HashFast on August 05, 2013, 06:51:02 AM
>
> > Quote from: ryanb on August 04, 2013, 03:52:51 PM

348-270969-14

when will your asic be available and are there any prices?

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

How many chips do you plan to house in the rack mounted unit?

Tipsy jar: 1HgfLMXiJQj9KZ7abLRh9rWuR7dgeSyub4

**kaerf**
Hero Member
⬤⬤⬤⬤⬤

Activity: 560


Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 06, 2013, 07:59:39 PM                                    #454

Anyone go to the open house today?

**gateway**
Sr. Member
⬤⬤⬤⬤

Activity: 336


Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 06, 2013, 08:04:13 PM                                    #455

Quote from: kaerf on August 06, 2013, 07:59:39 PM

> Anyone go to the open house today?

Don't think one was announced yet, but I'm local so will be around 😊

*// Eligius.st* - Webmaster
*// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v*

**kaerf**
Hero Member
⬤⬤⬤⬤⬤

Activity: 560

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 06, 2013, 08:08:59 PM                                    #456

If you emailed them, they sent an outlook invite for today.

**conceptxp**
Jr. Member
⬤

Activity: 35

Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 06, 2013, 08:46:09 PM                                    #457

when is the open house?

**kaerf**
Hero Member

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 06, 2013, 09:25:33 PM                                    #458

⊕⊕⊕⊕

Activity: 560

FILED
TARRANT COUNTY
3/5/2014 8:09:28 PM
THOMAS A. WILDER
DISTRICT CLERK

**Quote**          348-270969-14

> **When**
> Tue Aug 6, 2013 11am – 12pm Pacific Time
> **Where**
> 2030 Fortune Dr., San Jose, CA 95131

Ignore

**iCEBREAKER**          ◈ **Re: HashFast announces specs for new ASIC: 400GH/s**          #459
Hero Member             August 06, 2013, 10:54:50 PM
⊕⊕⊕⊕

Activity: 630

> **Quote from: kaerf on August 06, 2013, 09:25:33 PM**
>
> > **Quote**
> >
> > **When**
> > Tue Aug 6, 2013 11am – 12pm Pacific Time
> > **Where**
> > 2030 Fortune Dr., San Jose, CA 95131



Bitcoin is the
separation of
Money and State.

Will there be cake and soda?  Beer and pizza?  Hookers and blow?

Ignore

"Current payment systems simply can't compete with bitcoin's fees, security and
convenience.  Why spend hundreds of thousands of dollars on bank fees per year and lose
hair as money transfers bounce from bank to bank during a wire transfer sometimes taking

**conceptxp**          ◈ **Re: HashFast announces specs for new ASIC: 400GH/s**          #460
Jr. Member             August 06, 2013, 11:37:14 PM
⊕

Activity: 35

> **Quote from: kaerf on August 06, 2013, 09:25:33 PM**
>
> > **Quote**
> >
> > **When**
> > Tue Aug 6, 2013 11am – 12pm Pacific Time
> > **Where**
> > 2030 Fortune Dr., San Jose, CA 95131

Ignore

doh! I missed today.  had a meeting with client @.@

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 [**23**] 24 25 26 27 28 29 30 31 32 33
34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65    **print**
66 67 68 69 70 71 72 73 ... 423

« previous
topic next topic
Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell,           »
MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

Jump to:  [ ====> Custom hardware          ]   [ go ]

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.



Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

W3C XHTML 1.0
W3C CSS

# Bitcoin Forum

348-270969-14

FILED
TARRANT COUNTY
3/7/2014 4:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

March 07, 2014, 10:32:53 PM

Welcome, **Guest**. Please login or register.

[          ] [          ] [Forever] [Login]
Login with username, password and session length

**News:** Bitcoin 0.8.6 is now available. Download.

[                                        ] [ Search ]

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

« previous topic
next topic »

Pages: [**1**] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 ... 70

print

| Author | Topic: HashFast launches sales of the Baby Jet  (Read 60554 times) |
|---|---|

**Simon Barber**
Jr. Member

Activity: 56

Ignore

**HashFast launches sales of the Baby Jet**
August 08, 2013, 11:57:25 PM

#1

Hi Everyone,

HashFast is launching sales of the Baby Jet.

Here are details:

**System Specs**
- 1 HashFast Golden Nonce (GN) Chip
- Hashing Output: 400 Gigahash/s at nominal clock speed
- Under 350 watt power draw[*]
- Efficient liquid cooling

**Chip Specs**
- 28nm custom ASIC
- Power Consumption: significantly less than 1.0 W/GH at nominal clock speed
- Designed to be underclocked for greater efficiency – better than 0.5 W/GH[*]
- Designed to be overclocked for greater performance  - better than 500GH/s[**]

**Logistics**
- We are selling 550 Baby Jet units for $5,600 each

- Shipments begin: October 20th-30[th], in order of purchase
- Payments to be made in BTC with the help of BitPay

- Order sequence to be posted publicly, sans private information
- Weekly production updates will be sent to the email address attached to each order

**The online shop is here:**
https://www.hashfast.com/shop



EXHIBIT
**C**

3/7/2014 4:32 PM

We are very excited about this launch. A lot of talented people have been working very hard for a long time to make this happen.

FILED
TARRANT COUNTY
3/25/2014 3:09:36 PM
THOMAS A. WILDER
DISTRICT CLERK

  - HashFast Team

\* Real silicon power consumption may vary from simulation results by plus or minus 20%
\*\* May require improved power supplies in the chassis

## Private Internet Access™ - No logs, Unlimited Bandwidth, PC Magazine's Editor's Choice

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction.
Advertise here.

**erk**
Sr. Member
◆◆◆◆

Activity: 336

◈ **Re: HashFast launches sales of the Baby Jet**
August 08, 2013, 11:59:36 PM

#2

Any plans on smaller units for us poor folk?



🚷
Ignore

**gateway**
Sr. Member
◆◆◆◆

Activity: 336

◈ **Re: HashFast launches sales of the Baby Jet**
August 08, 2013, 11:59:40 PM

#3

Awesome guys! Can't wait to have this mining in my server room!

🚷
Ignore

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**gateway**
Sr. Member
◆◆◆◆

Activity: 336

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:03:10 AM

#4

Quote from: erk on August 08, 2013, 11:59:36 PM

> Any plans on smaller units for us poor folk?

🚷
Ignore

Thats the poor folk edition 😊

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**gateway**
Sr. Member
◆◆◆◆

Activity: 336

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:03:59 AM

#5

Quote from: jimbobway on August 09, 2013, 12:00:16 AM

> The link you sent also says:
>
> Designed to be underclocked for greater efficiency – better than 0.5 W/GH\*



Ignore

Designed to be overclocked for greater performance  - better than 500GH/s**

Please tell us what exactly we need to buy so we can overclock it.

FILED
TARRANT COUNTY
3/7/2014 4:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

I would assume any of the standard water cooling systems out their, If I had to guess 😎

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

---

**Vagnavs**
Sr. Member
◆◆◆◆

Activity: 308

### ◈ Re: HashFast launches sales of the Baby Jet
August 09, 2013, 12:05:23 AM                                                    #6

Only BTC for payment. how about credit card?



Ignore

---

**Simon Barber**
Jr. Member
◆

Activity: 56

### ◈ Re: HashFast launches sales of the Baby Jet
August 09, 2013, 12:05:39 AM                                                    #7

Quote from: jimbobway on August 09, 2013, 12:00:16 AM

> Designed to be underclocked for greater efficiency – better than 0.5 W/GH*
> Designed to be overclocked for greater performance  - better than 500GH/s**
>
> Please tell us what exactly we need to buy so we can overclock it.

Ignore

We are still working on the power supply design. We hope to include a supply that will allow significant overclocking with the box, but we don't want to over promise, so we are keeping our specifications conservative.

---

**minternj**
Sr. Member
◆◆◆◆

Activity: 308

### ◈ Re: HashFast launches sales of the Baby Jet
August 09, 2013, 12:09:23 AM                                                    #8

So power consumption variance is +-20%, can we infer the same with hash rate then? Since usually more power  means more heat to dissipate.

Ignore

---

**JHenderson**
Member
◆◆

Activity: 69

### ◈ Re: HashFast launches sales of the Baby Jet
August 09, 2013, 12:15:10 AM                                                    #9

BitPay Payment seems broken.

Ignore

Case 4:14-cv-00243-A    Document 1-9    Filed 04/08/14    Page 33 of 52    PageID 104

**Simon Barber**
Jr. Member
◈

Activity: 56

Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:17:13 AM

FILED
TARRANT COUNTY
3/25/2014 3:09:28 PM
THOMAS A. WILDER
DISTRICT CLERK

> Quote from: minternj on August 09, 2013, 12:09:23 AM
>
> So power consumption variance is +-20%, can we infer the same with hash rate then? Since usually more power means more heat to dissipate.

Most commonly the power consumption of real silicon comes in better (lower) than the predictions from the Apache Redhawk tool we are using. The cooling system in the Baby Jet is massively over engineered, to give some margin, and to support overclocking.

---

**HashFast**
Full Member
◈◈◈

Activity: 154

Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:18:29 AM                                                    #11

> Quote from: JHenderson on August 09, 2013, 12:15:10 AM
>
> BitPay Payment seems broken.

I believe there are just a lot of people in line, please be patient.

John

**_HashFast Technologies_28 nm mining**
**Producer of High Performance ASICS**
**BabyJets & Sierras On Sale today!**

---

**Simon Barber**
Jr. Member
◈

Activity: 56

Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:18:48 AM                                                    #12

> Quote from: JHenderson on August 09, 2013, 12:15:10 AM
>
> BitPay Payment seems broken.

We are having some trouble with BitPay right now. If you get an error, try the payment link a second time - this seems to fix it.

---

**gateway**
Sr. Member
◈◈◈◈

Activity: 336

Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:19:13 AM                                                    #13

> Quote from: JHenderson on August 09, 2013, 12:15:10 AM
>
> BitPay Payment seems broken.

yea another friend of mine reported that as well.. bitpay fail!

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

---

**gateway**
Sr. Member
◈◈◈◈

Activity: 336

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:23:38 AM                                                    #14

> Quote from: HashFast on August 09, 2013, 12:18:29 AM
>
> > Quote from: JHenderson on August 09, 2013, 12:15:10 AM

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:49:38 PM
THOMAS A. WILDER
DISTRICT CLERK

> BitPay Payment seems broken.
>
> I believe there are just a lot of people in line, please be patient.
>
> John

Give me a jingle..

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v


Ignore

**JHenderson**
Member
⊕⊕

Activity: 69


Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:24:11 AM                                              #15

Error creating bitpay invoice. Please try again or try another payment method.

**Bogart**
Hero Member
⊕⊕⊕⊕⊕

Activity: 588


Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:29:03 AM                                              #16

> Quote from: Simon Barber on August 08, 2013, 11:57:25 PM
> - 1 HashFast Golden Nonce (GN) Chip
> - Under 350 watt power draw*

Doesn't removing ~250W TDP from one single chip die seem like a significant engineering challenge?

What's the core voltage on that bad boy?  Sounds like you'd need to be supplying it with at least a couple hundred amps...

BTC: 1KfNzSKFAmpC4kNYaGLqj8LGPHxGmRG2nZ | LTC: LQ3GCbUfWMus6PEyEDeg1Dw8h9yxA3EAeU | OTC
DROP ALL THE BASE

**HashFast**
Full Member
⊕⊕⊕

Activity: 154




Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:30:27 AM                                              #17

> Quote from: JHenderson on August 09, 2013, 12:24:11 AM
> Error creating bitpay invoice. Please try again or try another payment method.

I'll hit you up privately.

John

**_HashFast Technologies_28 nm mining
Producer of High Performance ASICS
BabyJets & Sierras On Sale today!**

**hchc**
Full Member
⚹⚹⚹

Activity: 124



Ignore

 **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:31:31 AM

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

There is no much room in the pricing. If they are >4 weeks late (i.e. deliver late Nov) you are not gonna ROI. If they deliver on time, you will profit ~6k. This is with current difficulty slope and $/btc.

---

**Bitcoinorama**
Sr. Member
⚹⚹⚹⚹

Activity: 308





Ignore

 **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:33:03 AM                                    #19

Is there hosting? This is water cooled.

Make my day! Say thanks if you found me helpful 😊 BTC Address --->
1487ThaKjezGA6SiE8fvGcxbgJJu6XWtZp
https://www.kncminer.com/?resellerid=508

---

**SgtSpike**
Hero Member
⚹⚹⚹⚹⚹

Activity: 1064



Firstbits: 18tkn

 ●

Ignore

 **Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:33:52 AM                                    #20

How does anyone know this isn't a scam?  Endorsed by cypherdoc, ok.  But beyond that?

Simon, assuming you're not out to steal people's money (which, truthfully, I don't think you are, but I don't know you're not), what about your ability to deliver?  What if something goes wrong with the design?  It consumes more electricity than expected... ok, now what?  Does it mean a delay of several months for your customers while you re-engineer everything?  Or the chip just flat out doesn't work because of some overlooked hardware bug.  How long will it take to correct it?  Or you can't find a 28nm fab to squeeze you into their schedule.  What will you do?

**Get paid Bitcoins to play Minecraft!**

« previous topic
next topic »

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

---

Jump to:    | =====> Custom hardware ⌄ |    | go |

---

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:26 PM
THOMAS A. WILDER
DISTRICT CLERK

# Bitcoin Forum

348-270969-14



FILED
TARRANT COUNTY
3/25/2014 8:09:28 PM
THOMAS A. WILDER
DISTRICT CLERK

March 07, 2014, 10:39:34 PM

---

**Welcome, Guest.** Please login or register.

[          ] [          ] [Forever ▾] [Login]
Login with username, password and session length

**News:** Bitcoin 0.8.6 is now available. Download.

[🔍] [                              ]    [ Search ]

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

---

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

Pages: 1 2 3 4 5 6 7 8 9 **[10]** 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 ... 70

« previous topic
next topic »
**print**

| Author | Topic: HashFast launches sales of the Baby Jet  (Read 60558 times) |
|---|---|

**Simon Barber**
Jr. Member


Activity: 56


Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:08:08 AM                                    #181

> **Quote from: cycloid on August 10, 2013, 05:18:15 AM**
> Now since the only payment option is in     Will I get the same ammount of BTC back should you fail to deliver by December 31st?

Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

"This isn't the kind of software where we can leave so many unresolved bugs that we need a tracker for them." -- Satoshi
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction.
Advertise here.

---

**HashFast**
Full Member
●●●

Activity: 154

🍴

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:13:30 AM                                    #182

Hi Everyone

Our site is being migrated and will be down for a while.

John
HashFast.com

👤🌐
Ignore

**_HashFast Technologies_28 nm mining**
**Producer of High Performance ASICS**
**BabyJets & Sierras On Sale today!**

---

**Mapuo**
Sr. Member
●●●●

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:25:24 AM                                    #183

ScamFast, I think...



EXHIBIT
D

---

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

Activity: 462



Ignore

**HashFast**
Full Member
●●●

Activity: 154



Ignore



◆ **Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:29:45 AM

#184

Quote from: HashFast on August 10, 2013, 06:13:30 AM

> Hi Everyone
>
> Our site is being migrated and will be down for a while.
>
> John
> HashFast.com

and we're back

**_HashFast Technologies_ 28 nm mining**
**Producer of High Performance ASICS**
**BabyJets & Sierras On Sale today!**

**cypherdoc**
Hero Member
●●●●●

Activity: 1078



Ignore

◆ **Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:37:01 AM

#185

looks good john

Financial Risk Analytics-Subscription Service
*Strategic Investing for Turbulent Times*
1CYPHERpEiaoYk94dZQ4WLhirkgPSUgnDi

**plasmoske**
Full Member
●●●

Activity: 210

◆ **Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:38:24 AM

#186

Quote from: Simon Barber on August 10, 2013, 06:08:08 AM

> Quote from: cycloid on August 10, 2013, 05:18:15 AM
>
> > Now since the only payment option is in   Will I get the same ammount of BTC back
> > should you fail to deliver by December 31st?
>
> Orders are taken in BTC, in the unlikely event we get to refunds they will be given in
> BTC.

The realist                          348-270969-14                                    FILED
                                                                              TARRANT COUNTY
                That's a big promise.                                         3/25/2014 3:09:38 PM
                                                                              THOMAS A. WILDER
                                                                              DISTRICT CLERK

Ignore

**eve**                ◇ **Re: HashFast launches sales of the Baby Jet**           #187
Full Member               August 10, 2013, 06:56:07 AM
●●●

Activity: 210
> Quote from: plasmoske on August 10, 2013, 06:38:24 AM
> > Quote from: Simon Barber on August 10, 2013, 06:08:08 AM
> > > Quote from: cycloid on August 10, 2013, 05:18:15 AM
Ignore
> > > Now since the only payment option is in   :Will I get the same ammount of BTC
> > > back should you fail to deliver by December 31st?
> >
> > Orders are taken in BTC, in the unlikely event we get to refunds they will be given in
> > BTC.
>
> That's a big promise.

A btc rate of $100 is not the same as $150 in 2 months time. What a smoke
screen promise.

**CoinHoarder**       ◇ **Re: HashFast launches sales of the Baby Jet**           #188
Hero Member              August 10, 2013, 07:53:18 AM
●●●●●

Activity: 546
> Quote from: eve on August 10, 2013, 06:56:07 AM
> > Quote from: plasmoske on August 10, 2013, 06:38:24 AM
> > > Quote from: Simon Barber on August 10, 2013, 06:08:08 AM

> > > > Quote from: cycloid on August 10, 2013, 05:18:15 AM
> > > > Now since the only payment option is in   :Will I get the same ammount of
> > > > BTC back should you fail to deliver by December 31st?
In Cryptocoins I
Trust
> > > Orders are taken in BTC, in the unlikely event we get to refunds they will be given
> > > in BTC.

> >
> > That's a big promise.
Ignore
>
> A btc rate of $100 is not the same as $150 in 2 months time. What a smoke screen
> promise.

It would be nice to have a written statement about your funding. If you're
promising 1 to 1 BTC refunds, you must be funding the R&D/production
yourself? If you explain this I think it will ease a lot of worries.

CryptoVest Physical Litecoins- Website: https://www.cryptovest.com/ - Thread:
https://bitcointalk.org/index.php?topic=286027.0 - 'Special First Edition' Auction:
https://litecointalk.org/index.php?topic=16363.0

**Seth**              ◇ **Re: HashFast launches sales of the Baby Jet**           #189
**Otterstad**            August 10, 2013, 12:42:15 PM
Sr. Member
> Quote from: DeathAndTaxes on August 09, 2013, 08:06:42 PM



Activity: 308



Pura Vida!

FILED
TARRANT COUNTY
3/25/2014 4:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

Quote from: yeemartin on August 09, 2013, 08:00:17 PM

Bet :

http://bitbet.us/bet/507/hashfast-will-deliver-asic-devices-to-spec-before/

Why do people make bets which close at the event.  Why would anyone bet now given that there will be a flood of bets seconds before the deadline when the outcome is no longer a gamble.

Ignore

This blows my mind that people still use that site since the launch of predictious.com.  A lot of bitcoiners seem to try very hard to lose all their money.

Seth Otterstad's Blog          @SethOtterstad on twitter          Seth on google+
Play poker at SealsWithClubs, the largest bitcoin poker room.  Bet sports vig-free at BTCsportsmatch

**crumbs**
Full Member

Activity: 210



Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 01:15:09 PM                                                    #190

Quote from: eve on August 10, 2013, 06:56:07 AM

Quote from: plasmoske on August 10, 2013, 06:38:24 AM

Quote from: Simon Barber on August 10, 2013, 06:08:08 AM

Quote from: cycloid on August 10, 2013, 05:18:15 AM

Now since the only payment option is in    Will I get the same ammount of BTC back should you fail to deliver by December 31st?

Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

That's a big promise.

A btc rate of $100 is not the same as $150 in 2 months time. What a smoke screen promise.

If HashFast is *using* the pre-order money, refunds of any kind (BTC or current $ value) are out of the question -- you can't refund money that is already spent.
If HashFast is *not using* the pre-order money, why is it being locked in until next year?
Can HashFast make a statement on how pre-order money will be used?

**Ytterbium**
Full Member

Activity: 224

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 08:16:31 PM                                                    #191

Quote from: Seth Otterstad on August 10, 2013, 12:42:15 PM

Quote from: DeathAndTaxes on August 09, 2013, 08:06:42 AM

Quote from: yeemartin on August 09, 2013, 08:00:17 PM

Bet :

http://bitbet.us/bet/507/hashfast-will-deliver-asic-devices-to-spec-before/





Ignore

348-270969-14

Why do people make bets which close at the event. Why would anyone bet given that there will be a flood of bets seconds before the deadline when there is no longer a gamble.

FILED
TARRANT COUNTY
3/7/2014 4:39:28 PM
THOMAS A. WILDER
DISTRICT CLERK

This blows my mind that people still use that site since the launch of predictious.com. A lot of bitcoiners seem to try very hard to lose all their money.

Especially when the current "odds" are so lopsided, you are basically guaranteed to lose money if KnC doesn't deliver.

- in hand - 8.5Gh/s blades for ฿0.196 (about $112). That's a cost/gh of ฿0.023/gh - cheaper then cex.io. Ships in 24 hours **guaranteed** with **free shipping** in the US! (24h not including Saturdays and Sundays).

**cycloid**
Sr. Member
●●●●
☐ **Online**

Activity: 294





Ignore

◈ **Re: HashFast launches sales of the Baby Jet**                    #192
   August 10, 2013, 10:44:27 PM

> Quote from: CoinHoarder on August 10, 2013, 07:53:18 AM
>> Quote from: eve on August 10, 2013, 06:56:07 AM
>>> Quote from: plasmoske on August 10, 2013, 06:38:24 AM
>>>> Quote from: Simon Barber on August 10, 2013, 06:08:08 AM
>>>>> Quote from: cycloid on August 10, 2013, 05:18:15 AM
>>>>> Now since the only payment option is in    ฿Will I get the same ammount of BTC back should you fail to deliver by December 31st?
>>>>>
>>>>> Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.
>>>>
>>>> That's a big promise.
>>>
>>> A btc rate of $100 is not the same as $150 in 2 months time. What a smoke screen promise.
>>
>> It would be nice to have a written statement about your funding. If you're promising 1 to 1 BTC refunds, you must be funding the R&D/production yourself? If you explain this I think it will ease a lot of worries.

This promise just steered me away 100%

Too many holes in this venture, biggest one so far is absence of Escrow service IF refunds are 1:1 in  ฿!
The only logical conclusion they want to have an option on defaulting or USD equivallent refunds in case of failure to deliver, which seem like part of the plan from the start.

**\*\*\*Mining Supplies\*\*\*** https://COINCABLE.COM
**Novacoin Official:** http://NOVACOIN.ORG **Cycloid Music:** http://SOUNDCLOUD.COM /CYCLOID

**HashFast**
Full Member
⬤⬤⬤

Activity: 154



Ignore

◈ **Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 12:10:37 AM

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

Hi Everyone,

We are currently processing orders. If you are intersted in a purchase, you can
call us at (800) 609-3445 or email us at sales@hashfast.com.
If you have already submitted an order, please have the order number ready
when you call or include it in the email.

Thanks!

John
HashFast.com

_HashFast Technologies_28 nm mining
Producer of High Performance ASICS
BabyJets & Sierras On Sale today!

**ninjarobot**
Hero Member
⬤⬤⬤⬤⬤
📧 **Online**

Activity: 628



Mine Silent, Mine
Deep



Ignore

◈ **Re: HashFast launches sales of the Baby Jet**     #194
August 11, 2013, 12:43:12 AM

> Quote from: Simon Barber on August 10, 2013, 06:08:08 AM
>
> Orders are taken in BTC, in the unlikely event we get to refunds they will be given in
> BTC.

This is a step in the right direction.

If you really want to do it right you should provide customer protection by
providing refunds based on missed opportunity cost.

For example:

- HashFast promises to ship on October 30.
- Customer paid ~60 BTC for a pre-order unit.
- Customer registers a refund BTC address at the hashfast.com site.
- For every day HashFast misses their target shipping date, a partial
  automatic refund will be made based on what a 400 GH/s unit would
  have mined at the difficulty at that date.
- This would continue until either the refund is complete or the unit is
  delivered.

This would:

- Prevent a BFL-type pitchfork scenario and alleviate worries that HashFast
  might be hashing with customer hardware at customers expense.
- Give customers peace of mind; At worst they would have provided a free
  BTC loan to HashFast. At best they get a unit that has already started
  making some ROI before delivery.
- Provide a strong incentive for HashFast to deliver on time.

**plasmoske**
Full Member
⬤⬤⬤

◈ **Re: HashFast launches sales of the Baby Jet**     #195
August 11, 2013, 12:45:13 AM

Come on John. Plenty of questions that need to be answered and you just keep

Activity: 210

on.....                    348-270969-14                              FILED
                                                                TARRANT COUNTY
I don't know if you're just ignoring everyone or just don't have the answers to    3/25/2014 3:09:28 PM
the questions people ask.                                        THOMAS A. WILDER
                                                                 DISTRICT CLERK

Getting scammier by the day my friend.



The realist



Ignore

**Vagnavs**          ◈ **Re: HashFast launches sales of the Baby Jet**                #196
Sr. Member              August 11, 2013, 01:06:25 AM
●●●●
                    Quote from: plasmoske on August 11, 2013, 12:45:13 AM
Activity: 308       | Come on John. Plenty of questions that need to be answered and you just keep on.....
                    |
                    | I don't know if you're just ignoring everyone or just don't have the answers to the
                    | questions people ask.
                    |
                    | Getting scammier by the day my friend.

Ignore

                    I think it's too late..

**cryptograd**       ◈ **Re: HashFast launches sales of the Baby Jet**                #197
Member                  August 11, 2013, 01:06:55 AM
●●
                    Quote from: Vagnavs on August 09, 2013, 12:05:23 AM
Activity: 112       | Only BTC for payment. how about credit card?

                    BUY BTC WITH CREDIT CARD

Ignore              Liked something I said ->17ry6rrknqmQ2S1NRArzdrNMmG2Zk449AE
                    Most important bitcointalk post in history
                    https://bitcointalk.org/index.php?topic=120184.msg1381739#msg1381739

**Simon**            ◈ **Re: HashFast launches sales of the Baby Jet**                #198
**Barber**              August 11, 2013, 02:02:01 AM
Jr. Member
●
                    Quote from: ninjarobot on August 11, 2013, 12:43:12 AM
Activity: 56        | If you really want to do it right you should provide customer protection by providing
                    | refunds based on missed opportunity cost.
                    |
                    | For example:
Ignore              |
                    |   • HashFast promises to ship on October 30.
                    |   • Customer paid ~60 BTC for a pre-oder unit.
                    |   • Customer registers a refund BTC address at the hashfast.com site.
                    |   • For every day HashFast misses their target shipping date, a partial automatic

refund will be made based on what a 400 GH/s unit would have mined at the difficulty at that date.
- This would continue until either the refund is complete or the unit is delivered.

FILED
TARRANT COUNTY
3/7/2014 4:39:38 PM
THOMAS A. WILDER
DISTRICT CLERK

This would:

- Prevent a BFL-type pitchfork scenario and alleviate worries that HashFast might be hashing with customer hardware at customers expense.
- Give customers peace of mind; At worst they would have provided a free BTC loan to HashFast. At best they get a unit that has already started making some ROI before delivery.
- Provide a strong incentive for HashFast to deliver on time.

We are working on finalizing a guarantee program for purchasers that will provide some good coverage in case of late delivery, the text is being perfected now, and we will be publishing it in the next few days. It will be offered free to all existing purchasers.

**BitCsByBit**
Full Member
●●●

Activity: 224



Ignore

 **Re: HashFast launches sales of the Baby Jet**                    #199
August 11, 2013, 02:06:22 AM

> **Quote from: Simon Barber on August 11, 2013, 02:02:01 AM**
>
> > **Quote from: ninjarobot on August 11, 2013, 12:43:12 AM**
> >
> > If you really want to do it right you should provide customer protection by providing refunds based on missed opportunity cost.
> >
> > For example:
> >
> > - HashFast promises to ship on October 30.
> > - Customer paid ~60 BTC for a pre-oder unit.
> > - Customer registers a refund BTC address at the hashfast.com site.
> > - For every day HashFast misses their target shipping date, a partial automatic refund will be made based on what a 400 GH/s unit would have mined at the difficulty at that date.
> > - This would continue until either the refund is complete or the unit is delivered.
> >
> > This would:
> >
> > - Prevent a BFL-type pitchfork scenario and alleviate worries that HashFast might be hashing with customer hardware at customers expense.
> > - Give customers peace of mind; At worst they would have provided a free BTC loan to HashFast. At best they get a unit that has already started making some ROI before delivery.
> > - Provide a strong incentive for HashFast to deliver on time.
>
> We are working on finalizing a guarantee program for purchasers that will provide some good coverage in case of late delivery, the text is being perfected now, and we will be publishing it in the next few days. **It will be offered free to all existing purchasers.**

Does this mean it will cost extra for future purchasers?

Tipsy jar: 1HgfLMXiJQj9KZ7abLRh9rWuR7dgeSyub4

**eve**
Full Member
●●●

 **Re: HashFast launches sales of the Baby Jet**                    #200
August 11, 2013, 02:08:12 AM

After pestering him , he decides to look into the refund policy and guarantee

Activity: 210

delivery time. You still don't accept credit cards, and most of your techs specs and are only doable on theory and not proven. Be careful and stay away and stay clear.



Ignore

FILED
TARRANT COUNTY
3/13/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

Pages: 1 2 3 4 5 6 7 8 9 **[10]** 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 **...** 70     **print**

« previous topic
next topic »

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

Jump to:  | =====> Custom hardware | | go

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.



Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

3/7/2014 4:39 PM

# Bitcoin Forum

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:05:38 PM
March 07, 2014, 11:06:51 AM   THOMAS A WILDER
DISTRICT CLERK

**Welcome, Guest**. Please login or register.

[ ] [ ] [Forever] [Login]
Login with username, password and session length

**News:** Bitcoin 0.8.6 is now available. Download.

🔍 [                    ] [Search]

HOME    HELP    SEARCH    DONATE    LOGIN    REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 **[33]** 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 ... 423

« previous topic
next topic »

print

| Author | Topic: HashFast announces specs for new ASIC: 400GH/s  (Read 295595 times) |
|---|---|

**dan99**
Sr. Member
●●●●
Activity: 294



🔲
Ignore

📄 **Re: HashFast announces specs for new ASIC: 400GH/s**
August 10, 2013, 02:40:28 AM                                          #641

> Quote from: Syke on August 09, 2013, 09:50:56 PM
>> Quote from: Simon Barber on August 09, 2013, 08:53:32 PM
>> We outsourced our web development, and got stung with a hopelessly underpowered shared solution.
>
> Really? You launched a multi-million dollar project on a $5 shared hosting solution? What kind of idiot are you?

a good hostings is better

180GH/s ANTMINER S1 *Classical mining rig by the trustworthy vendor* **BITMAIN**

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**Simon Barber**
Jr. Member
●
Activity: 56

🔲
Ignore

📄 **Re: HashFast announces specs for new ASIC: 400GH/s**
August 10, 2013, 06:00:45 AM                                          #642

> Quote from: Ytterbium on August 10, 2013, 12:27:12 AM
> And again, have you also outsourced your production and shipping logistics? **This is where both Avalon and BFL have failed.** It's very critical information for determining whether or not to purchase.

Yes - production and fulfillment are outsourced - design partly in house and partly outsourced. These days there are many professional companies who specialize in these areas, ISO9001 certified, etc. No need to keep these in house.

**iCEBREAKER**
Hero Member
●●●●●
Activity: 630



Bitcoin is the
separation of Money
and State.

🔲
Ignore

📄 **Re: HashFast announces specs for new ASIC: 400GH/s**
August 10, 2013, 08:43:12 AM                                          #643

> Quote from: AussieHash on August 10, 2013, 01:23:44 AM
>> Quote from: Simon Barber on August 09, 2013, 10:00:57 PM
>> The development and management of the site was outsourced to an external developer, who came with good credentials, and was not cheap. They selected an unsuitable hosting solution and implemented the site on it. We are no longer working with them, and moving the site.
>
> I hope you didn't pay with bitcoins

Zing! 😀

To be fair, it's possible the site was under attack.  Haters abound.

But always separate content creators from hosting providers.  Webmonkeys don't know jack about the other six layers.

"Current payment systems simply can't compete with bitcoin's fees, security and convenience.  Why spend hundreds of thousands of dollars on bank fees per year and lose hair as money transfers bounce from bank to bank during a wire transfer sometimes taking days to reach its destination, when it can clear within minutes and for mere pennies?  As a currency, no

**EXHIBIT**
**E**

**papamoi**
Sr. Member
●●●●

Activity: 364

Ignore

◆ Re: HashFast announces specs for new ASIC: 400GH/s
August 10, 2013, 08:57:55 AM

FILED
TARRANT COUNTY
3/7/2014 4:03:38 PM
THOMAS A. WILDER
DISTRICT CLERK

> Quote from: Simon Barber on August 10, 2013, 06:00:45 AM
>> Quote from: Ytterbium on August 10, 2013, 12:27:12 AM
>> And again, have you also outsourced your production and shipping logistics? **This is where both Avalon and BFL have failed**. It's very critical information for determining whether or not to purchase.
>
> Yes - production and fulfillment are outsourced - design partly in house and partly outsourced. These days there are many professional companies who specialize in these areas, ISO9001 certified, etc. No need to keep these in house.

are they as much professionnal as your website developper?

if yes,we are at the beginning of something interesting with you guys

lol

---

**Flashman**
Sr. Member
●●●●

Activity: 266



http://goo.gl/kusPNb


Ignore

◆ Re: HashFast announces specs for new ASIC: 400GH/s
August 10, 2013, 05:36:23 PM                                                    #645

> Quote from: Simon Barber on August 10, 2013, 06:00:45 AM
> Yes - production and fulfillment are outsourced - design partly in house and partly outsourced. These days there are many professional companies who specialize in these areas, ISO9001 certified, etc. No need to keep these in house.

Heh, heh, good luck with that, unless you're commanding better than 10% of their current business, expect to get low priority. If they get over 40-50% off a major multinational who gives them a "preferred partner" attaboy to hang in the lobby, expect to get really screwed. If you want to get royal treatment, look for small shops who see you as a lifeline.

ISO 9001 is practically only a documentation standard, where management attempts to shift blame for poor materials and inadequate equipment to production ops by forcing them to sign everything off. Well it can work like that. I don't put any particular store in it... basically when they deliver 50,000 wrong parts, it shortcuts the scapegoat finding process.

**TL;DR** See Spot run. Run Spot run. ..... .... Freelance interweb comedian, for teh lulz >>> 1MqAAR4XkJWfDt367hVTv5SstPZ54Fwse6
**FINCEN & China scary? Risk manage your ASIC investment, preorder  Swedish 3TH Neptune** KNC  Bitcoin Mining Equipment
^^^^^^**20nm 3TH  batch 2/2 selling fast, the fastest single unit available to the hobbyist miner.**  ^^^^

---

**Simon Barber**
Jr. Member
●

Activity: 56

Ignore

◆ Re: HashFast announces specs for new ASIC: 400GH/s
August 11, 2013, 02:59:18 AM                                                    #646

> Quote from: flowdab on August 09, 2013, 02:19:32 PM
> Has Hashfast told us what stage they are in design/production? I find it very difficult to believe that they can go from 0 to full miner by October 20th - 30th.

The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.

Simon

---

**jspielberg**
Sr. Member
●●●●

Activity: 350

Ignore

◆ Re: HashFast announces specs for new ASIC: 400GH/s
August 11, 2013, 03:06:19 AM                                                    #647

> Quote from: Simon Barber on August 11, 2013, 02:59:18 AM
>> Quote from: flowdab on August 09, 2013, 02:19:32 PM
>> Has Hashfast told us what stage they are in design/production? I find it very difficult to believe that they can go from 0 to full miner by October 20th - 30th.
>
> The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.
>
> Simon

Thanks for the explanation and history.  I am looking forward to the email updates.

**Gizmosis350k**
Newbie

Activity: 7



Razzle Dazzle

Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 03:31:08 AM

946-270905-v4

FILED
TARRANT COUNTY
3/25/2014 3:09:38 PM
THOMAS A. WILDER
DISTRICT CLERK

I like what Hashfast is doing. Right now even if the difficulty was 370 Mil i'd still ROI in about 6 months

I'm very poor. If you agree with me send me some BTC. I'd be very grateful.
19VFpmN5dZdUDvdwx2Gsg3YAbsf1FMXWEt

---

**plasmoske**
Full Member
●●●

Activity: 210

The realist

Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 04:55:55 AM                                                              #649

> Quote from: Gizmosis350k on August 11, 2013, 03:31:08 AM
> I like what Hashfast is doing. Right now even if the difficulty was 370 Mil I'd still ROI in about 6 months

I think you need to re-do your calculations.

---

**jspielberg**
Sr. Member
●●●●

Activity: 350

Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 05:13:48 AM                                                              #650

> Quote from: Gizmosis350k on August 11, 2013, 03:31:08 AM
> I like what Hashfast is doing. Right now even if the difficulty was 370 Mil I'd still ROI in about 6 months

Do you mean if it averaged 370m over 6 months? I calculate at an average of 370M it will break even in 120 days... But that would be hard to do because I project 370M in early December.

---

**nowywbitcoinowym**
Member
●●

Activity: 71

Ignore

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 05:30:01 AM                                                              #651

> Quote from: Simon Barber on August 11, 2013, 02:59:18 AM
> The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013.... **We understand the importance of schedule.** The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.
> Simon

Dear Simon, as we both understand schedule is important, please be so kind and answer my, still unanswered, post:

> Quote from: nowywbitcoinowymswiecie on August 09, 2013, 06:53:51 AM
> HashFast is an interesting and much anticipated idea but please tell precisely whats Your plan to send working product to clients at the end of October.
> To me this plan looks like quite ambitious one. Slightly too ambitious? I dont see any place for errors and delays. None.
>
> So we have known phases - please provide a list of actions with roughly dates.
>
> To have working device we need to:
>
> 1. Design a chip : do You have final design, its valid/seems working etc.? UPDATE: Started: 2011 Status: uncompleted. Estimated time to complete: unknown.
> 2. Produce Chip : ??Whats You timeline here
> 3. Design PCB : ??Whats You timeline here
> 4A. Assembly service : ??Whats You timeline here
> 4B. BOM - components preorder : ??Whats You timeline here
> 5. Create software or adapt existing one : ??Whats You timeline here
> 6. Design/Adapt Case : ??Whats You timeline here

**7. Start shipping : 20-30 October**

348-270969-14

FILED
TARRANT COUNTY
3/5/2014 4:09:36 PM
THOMAS A. WILDER
DISTRICT CLERK

Above its a quick and dirty estimation of critical minestones of which each one have many intermediate steps. Of course some of them can be done in parallel.

Please provide Your estimations. This will show us how do you approach this project.

newbee here 1PkHkAEssCQoarLz6hcmQzF9zbaxGrxdFz

---

**Ytterbium**
Full Member
☺☺☺

Activity: 224



🔖 🌐

Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #652
August 11, 2013, 05:43:18 AM

> Quote from: nowywbitcoinowymswiecie on August 11, 2013, 05:30:01 AM
>
> Dear Simon, as we both understand schedule is important, please be so kind and answer my, still unanswered, post:
>
> > Quote from: nowywbitcoinowymswiecie on August 09, 2013, 06:53:51 AM
> >
> > HashFast is an interesting and much aticipated idea but please tell precisely whats Your plan to send working product to clients at the end of October.
> > To me this plan looks like quite ambitious one. Slightly too ambitious? I dont see any place for errors and delays. None.
> >
> > So we have known phases - please provide a list of actions with roughly dates.
> >
> > To have working device we need to:
> >
> > 1. Design a chip : do You have final design, its valid/seems working etc.? UPDATE: Started: 2011 Status: uncompleted. Estimated time to complete: unknown.
> > 2. Produce Chip : ??Whats You timeline here
> > 3. Design PCB : ??Whats You timeline here
> > 4A. Assembly service : ??Whats You timeline here
> > 4B. BOM - components preorder : ??Whats You timeline here
> > 5. Create software or adapt existing one : ??Whats You timeline here
> > 6. Design/Adapt Case : ??Whats You timeline here
> > **7. Start shipping : 20-30 October**
> >
> > Above its a quick and dirty estimation of critical minestones of which each one have many intermediate steps. Of course some of them can be done in parallel.
> >
> > Please provide Your estimations. This will show us how do you approach this project.

Hey, people are throwing money at him! No need to answer pesky questions like that! If you want to know fly over there and sign an NDA! 😎

- In hand - 8.5GH/s blades (about $112). That's a cost/gh of ฿0.023/gh - cheaper then cex.io. Ships in 24 hours guaranteed with free shipping in the US! (24h not including Saturdays and Sundays).

---

**AussieHash**
Full Member
☺☺☺

Activity: 238



BITCOIN MINER

🔖

Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #653
August 11, 2013, 08:07:11 AM

> Quote from: Simon Barber on August 11, 2013, 02:59:18 AM
>
> The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. **The chip design is almost complete.**
> ....

Hi Simon,

Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/

Can you confirm that you have chosen and signed with a fab ?
Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
Have you already finalised your PCB design, contracted partners and started manufacturing ?
Have you finalised your rig design, cooling, PSU and contracted a manufacturer ?

If you ship in December - your customers will take a bath on this.

---

**HashFast**
Full Member
☺☺☺

Activity: 154

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #654
August 11, 2013, 10:35:56 AM

> Quote from: AussieHash on August 11, 2013, 08:07:11 AM
>
> > Quote from: Simon Barber on August 11, 2013, 02:59:18 AM





Ignore

> The original design work on this 348-270969014 The architecture work started then. The current version of the FILED
> code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since TARRANT COUNTY
> understand the importance of schedule. **The chip design is almost complete.**     3/7/2014 3:09:26 PM
> ....
>
>                                                    THOMAS A. WILDER
>                                                    DISTRICT CLERK
>
> Hi Simon,
>
> Can you confirm that you are still on track for an August tapeout ?
> https://www.hashfast.com/uniquifystatemen/
>
> Can you confirm that you have chosen and signed with a fab ?
> Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
> Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
> Have you already finalised your PCB design, contracted partners and started manufacturing ?
> Have you finalised your rig design, cooling, PSU and contracted a manufacturer ?
>
> If you ship in December - your customers will take a bath on this.

=====================================
Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/
- Yes

Can you confirm that you have chosen and signed with a fab ?
- Yes

Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
- Cannot publish details. have 3-way NDA between ourselves, Uniquify and the Fab

Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
- Yes. Many of these tasks are carried out in the fab. See above.

Have you already finalized your PCB design, contracted partners and started manufacturing ?
- Yes, yes, no.

Have you finalized your rig design, cooling, PSU and contracted a manufacturer ?
- Yes, yes, yes, negotiating with several.

If you ship in December - your customers will take a bath on this.
- We wont. And we'll protect our customer's against hashrate increases.
Expect details on Monday

Thanks!

Eduardo deCastro
Founder and CEO,
HashFast Technologies

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
**BabyJets & Sierras On Sale today!**

**WastedLTC**
Sr. Member
●●●●

Activity: 280



◆ **Re: HashFast announces specs for new ASIC: 400GH/s**          #655
August 11, 2013, 07:50:41 PM

Not sure why the NDA is needed or why u would only accept BTC. I can see if you were shipping the next
day, BTC only wouldn't be a problem. Your pricing is not at the same level as your risk. If it was, you
would have sold much more than your site was showing.

I just don't see where you are deriving your value when so many of your details are not released.

I'll be watching but right now, not impressed at all.

Ignore

**crumbs**
Full Member
●●●

Activity: 210

◆ **Re: HashFast announces specs for new ASIC: 400GH/s**          #656
August 11, 2013, 08:01:10 PM

> Quote from: WastedLTC on August 11, 2013, 07:50:41 PM
>
> ...



I'll be watching but right now, not impressed at all.

348-270969-14

FILED
TARRANT COUNTY
3/25/2014 3:09:26 PM
THOMAS A. WILDER
DISTRICT CLERK

Well, i am.  If you're not, that's because you're looking at this the wrong way.
Think of HashFast as a bear riding a bicycle:  It's not how well it does it, but that it does it at all.



**Syke**
Hero Member
●●●●●

Activity: 1204


Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #657
August 11, 2013, 08:21:22 PM

> Quote from: Simon Barber on August 11, 2013, 02:59:18 AM
> The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.

So confident in your schedule that you'll offer refunds in ~~October~~, ~~November~~, ~~December~~, January 2014? That's not very confident at all!

Buy & Hold

**cypherdoc**
Hero Member
●●●●●

Activity: 1078




Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #658
August 11, 2013, 09:21:24 PM

> Quote from: Syke on August 11, 2013, 08:21:22 PM
> > Quote from: Simon Barber on August 11, 2013, 02:59:18 AM
> > The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.
>
> So confident in your schedule that you'll offer refunds in ~~October~~, ~~November~~, ~~December~~, January 2014? That's not very confident at all!

well, step back and think about it.  all they're asking you to do is tie up your BTC's for 4.5 mo.  if they don't deliver get a refund.  that's not bad at all considering what they're developing, the full results of which have not been disclosed yet.

Financial Risk Analytics-Subscription Service
*Strategic Investing for Turbulent Times*
1CYPHERpElaoYk94dZQ4WLhlrkgPSUgnDl

**crumbs**
Full Member
●●●

Activity: 210




Ignore

◈ **Re: HashFast announces specs for new ASIC: 400GH/s**                    #659
August 11, 2013, 09:24:46 PM

> Quote from: cypherdoc on August 11, 2013, 09:21:24 PM
> ... that's not bad at all *considering what they're developing, the full results of which have not been disclosed yet.*

A pig in a poke? ☻

**cypherdoc**
Hero Member
⭐⭐⭐⭐⭐

Activity: 1078



👤
Ignore

⬥ **Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 09:28:11 PM

FILED
TARRANT COUNTY
3/25/2014 3:09:26 PM
THOMAS A. WILDER
DISTRICT CLERK

> Quote from: crumbs on August 11, 2013, 09:24:46 PM
>> Quote from: cypherdoc on August 11, 2013, 09:21:24 PM
>> ... that's not bad at all *considering what they're developing, the full results of which have not been disclosed yet.*
>
> A pig in a poke? 🤪

no, the efficiency of this chip is going to far exceed that of any of their closest competitors.

Financial Risk Analytics-Subscription Service
*Strategic Investing for Turbulent Times*
1CYPHERpElaoYk94dZQ4WLhIrkgPSUgnDI

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 **[33]** 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 ... 423    print

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

« previous topic
next topic »

---

Jump to: | =====> Custom hardware | go

---

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.

        Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines