**EXHIBIT C-9**

348-270969-14

FILED
TARRANT COUNTY
4/4/2014 3:47:50 PM
THOMAS A. WILDER
DISTRICT CLERK

**CAUSE NO. 348-270969-14**

| | |
|---|---|
| CYPHER ENTERPRISES, LLC | |
| v. | IN THE 348th JUDICIAL DISTRICT COURT |
| HASHFAST TECHNOLOGIES, LLC and HASHFAST, LLC | TARRANT COUNTY, TEXAS |

## PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Cypher Enterprises, LLC ("**Plaintiff**") asks the Court to extend the temporary restraining order entered ("TRO") against HashFast Technologies, LLC and HashFast, LLC (collectively, "**Defendants**") on March 27, 2014 for another fourteen days for the good cause demonstrated below.

### BACKGROUND

1. The Court entered the TRO on March 27, 2014, enjoining Defendants from engaging in certain activities related to Bitcoins, a digital "cryptocurrency".

2. On March 28, 2014, Plaintiff provided Defendants with courtesy copies of both the file-marked lawsuit and the TRO, via email. At that time, Plaintiff also began its attempts to serve Defendants with the lawsuit and the TRO. Despite Plaintiff's diligence, Defendants were not served with this lawsuit and the TRO until April 3, 2014. Accordingly, Defendants are not required to answer this lawsuit until well after the existing TRO expires.

3. From the date of the TRO to the date of this motion, Plaintiff's counsel has attempted to contact Defendants by telephone in order to confer and discuss not only this lawsuit, but the TRO and the possibility of agreeing to an extension. Plaintiff's counsel called Defendants twice, but could neither reach a representative nor leave a voicemail (an automated response said the mailbox was full).

A CERTIFIED COPY
ATTEST: 4/7/14
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: S. Wilson
DEPUTY
SYLVIA WILSON

PLAINTIFF'S MOTION TO EXTEND TRO
Page 1 of 3

Case 4:14-cv-00243-A   Document 1-11   Filed 04/08/14   Page 3 of 4   PageID 130
348-270969-14

FILED
TARRANT COUNTY
4/4/2014 3:47:50 PM
THOMAS A. WILDER
DISTRICT CLERK

4. In an effort to confer with Defendants and explore both necessary discovery and evidence for a temporary injunction hearing, Plaintiff respectfully requests the Court extend the existing TRO by fourteen days.

## LEGAL AUTHORITIES

5. An applicant may ask the trial court to extend a TRO by filing a motion, before the TRO expires, showing good cause. TEX. R. CIV. P. 680; *In re Tex. Nat. Res. Conserv. Comm'n*, 85 S.W.3d 201, 203 (Tex. 2002). The court can grant one extension of the TRO for an additional fourteen days. *Id.*

6. Plaintiff has filed this motion before the existing TRO has expired. Furthermore, Plaintiff has demonstrated good cause to extend the TRO. Defendants are out-of-state entities who were formally served with this lawsuit and the TRO on April 3, 2014. With the TRO set to expire on April 9, 2014, Defendants would have less than a week to respond. Furthermore, Plaintiff would not have an opportunity to ask for expedited discovery in preparation for the upcoming temporary injunction hearing, which is also set for April 9, 2014. Should the Court grant this motion, Plaintiff would ask the Court to reschedule the temporary injunction hearing for April 23, 2014, the day the extension would expire.

## PRAYER

Plaintiff prays the Court grant this motion and extend the March 27, 2014 temporary restraining order by fourteen days, to April 23, 2014, and for any other relief Plaintiff may be entitled, whether in law or equity.

FILED
TARRANT COUNTY
4/4/2014 3:47:50 PM
THOMAS A. WILDER
DISTRICT CLERK

DEANS & LYONS, LLP

*[signature]*

---

**Robert J. Bogdanowicz III**
Texas Bar No. 24064916
rob@deanslyons.com

325 N. Saint Paul Street
Suite 1500
Dallas, Texas 75201
(214) 736-7861 (t)
(214) 965-8505 (f)

**ATTORNEYS FOR PLAINTIFF**