# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | 348th Judicial District Court of Tarrant County, Texas | 348-270969-14 |

2. **Style of the Case:**   *Cypher Enterprises, LLC v. HashFast Technologies LLC and HashFast LLC*

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | Cypher Enterprises, LLC, Plaintiff | Robert J. Bogdanowicz, III<br>Texas Bar No. 24064916<br>rob@deanslyons.com<br>DEANS & LYONS, LLP<br>325 N. St. Paul Street, Suite 1500<br>Dallas, Texas  75201<br>214.736.7861 – Office<br>214.965.8505 – Facsimile |
   | HashFast Technologies LLC, Defendant | John D. Penn |

      HashFast LLC, Defendant

Texas Bar No. 15752300
JPenn@perkinscoie.com
Kelly D. Hine
Texas Bar No. 24002290
KHine@perkinscoie.com
Erin E. Leu
Texas Bar No. 24070138
ELeu@perkinscoie.com

Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, Texas  75201
214.965.7700 – Office
214.965.7799 – Facsimile

3. **Jury Demand:**

Was a Jury Demand made in State Court?        **Yes**

If "*Yes*," by which party and on what date?

| Cypher Enterprises, LLC | March 7, 2014 |
|---|---|
| Plaintiff | Date |

4. **Answer:**

Was an Answer made in State Court?        **No**

If "*Yes*," by which party and on what date?

| _____ | _____ |
|---|---|
| Party | Date |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|

      N/A

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | **Party** | **Claim(s)** |
   |---|---|
   | Cypher Enterprises, LLC, Plaintiff | Breach of Contract<br>Money Had and Received<br>Common Law Fraud<br>Texas Deceptive Trade Practices Act |