IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CYPHER ENTERPRISES, LLC,** | § § § § | |
| **Plaintiff,** | | |
| v. | § § § § § | Civil Action No. _____ |
| **HASHFAST TECHNOLOGIES LLC and HASHFAST LLC,** | | |
| **Defendants.** | | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendants HashFast Technologies LLC and HashFast LLC file this Certificate of Interested Persons, and would respectfully show the Court as follows:

For nongovernmental corporate party, the name(s) of its parent corporation and any publically held corporations that owns 10% or more of its stock:    None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:    The members of Hashfast LLC.

Dated:  April 8, 2014 Respectfully submitted,

s/ Kelly D. Hine

John Penn
Texas Bar No. 15752300
JPenn@perkinscoie.com
Kelly D. Hine
Texas Bar No. 24002290
KHine@perkinscoie.com
Erin L. Leu
Texas Bar No. 24070138
ELeu@perkinscoie.com

Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, Texas  75201
214.965.7700 – Office
214.965.7799 – Facsimile

**Attorneys for Defendants Hashfast Technologies LLC and Hashfast LLC**

## CERTIFICATE OF SERVICE

On the 8th day of April 2014, a true and correct copy of the above was sent via certified mail return receipt requested, electronic mail, and through the Court's CM/ECF systems to the following:

Robert J. Bogdanowicz III
rob@deanslyons.com
325 N. Saint Paul Street, Suite 1500
Dallas, Texas 75201
(214) 736-7861 – Office
(214) 965-8505 – Facsimile

*s/ Kelly D. Hine*
Kelly D. Hine