**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 APR 17 AM 10: 02

CLERK OF COURT

| | |
|---|---|
| CYPHER ENTERPRISES, LLC<br><br>*Plaintiff*<br><br>v.<br><br>HASHFAST TECHNOLOGIES, LLC AND HASHFAST, LLC<br><br>*Defendants* | CIVIL ACTION NO. 4:14-CV-00243-A |

## NOTICE OF FILING OF ADDITIONAL STATE COURT ORDER

Cypher Enterprises, LLC ("**Plaintiff**") files this Notice of Filing of Additional State Court Order to provide the Court with an Order missing from Defendants' filing of their Notice of Removal.

In accordance with 28 U.S.C. § 1446(a) and Local Civil Rule 81.1, Defendants were required to provide the Court will all pleadings and orders filed or entered in the state court proceeding as a part of their Notice of Removal. However, Defendants did not attach all documents that were filed in state court. Specifically, Defendants did not supply the Court with an *Order Extending Temporary Restraining Order* entered on April 7, 2014, which had a Temporary Injunction hearing set for **April 21, 2014 at 8:30 a.m.** Plaintiff tenders this document to the Court for inclusion in the Court's file.

DEANS & LYONS, LLP

*[signature]*

**Robert J. Bogdanowicz III**
Texas Bar No. 24064916
rob@deanslyons.com

325 N. Saint Paul Street
Suite 1500
Dallas, Texas 75201
(214) 736-7861 (t)
(214) 965-8505 (f)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On the 16th day of April 2014, a true and correct copy of the above was sent via facsimile, and through the Court's CM/ECF systems to the following:

**Via Facsimile (214) 965-7799**
John Penn
Kelly D. Hine
Erin L. Leu
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 752010

*[signature]*

**Robert J. Bogdanowicz III**

348-270969-14

## CAUSE NO. 348-270969-14

| | |
|---|---|
| CYPHER ENTERPRISES, LLC | IN THE 348th JUDICIAL DISTRICT COURT |
| v. | |
| HASHFAST TECHNOLOGIES, LLC and HASHFAST, LLC | TARRANT COUNTY, TEXAS |

### ORDER EXTENDING TEMPORARY RESTRAINING ORDER

On this date, the Court considered the Motion for Extension of Temporary Restraining Order (the "Motion") filed by Cypher Enterprises, LLC ("Cypher"). After reviewing the record, the Court finds that the Motion should be granted.

It is therefore ORDERED that the hearing on Cypher's application for temporary injunction is re-set to April 21, 2014 at 8:30 A.m.

It is further ORDERED that the Temporary Restraining Order signed in this case on March 27, 2014, shall be and hereby is extended to remain effective through and including the time of the hearing on Cypher's application for temporary injunction.

It is further ORDERED that the bond posted by Cypher for the Temporary Restraining Order shall remain effective during the extension granted herein.

SIGNED: April 7, 2014 at 4:40 o'clock p.m.

_____
JUDGE PRESIDING

ON 4-8-14, ALL SERVED VIA:
__ HAND DELIVERY
☒ MAIL Bogdanowicz
__ _____, WHO IS TO SERVE COPIES ON ALL OTHERS

Court's Minutes
Transaction #42

Order Extending Temporary Restraining Order                                Solo Page