IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CYPHER ENTERPRISES, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-CV-00243-A |
| | § | |
| HASHFAST TECHNOLOGIES, LLC, | § | |
| HASHFAST, LLC | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION HEARING

Cypher Enterprises, LLC ("Plaintiff") requests the Court set a hearing on its application for a preliminary injunction on or before April 24, 2014 for the following reasons.

1. This suit was originally filed in state court and a Temporary Restraining Order was entered on March 27, 2014 (*see, Exhibit C-8 to Defendants' Notice of Removal*). On April 7, 2014, the state court extended the Temporary Restraining Order for 14 days. As a result, the temporary injunction hearing was set for April 21, 2014.

2. The day after the state court order was entered, April 8, 2014, Defendants removed this matter. Once a case is removed to federal court, any Temporary Restraining Order issued by the state court remains in full force and effect until dissolved or modified by the district court, subject to Federal Rule of Civil Procedure 65(b). *See* 28 USCS § 1450. The Temporary Restraining Order in this matter is set to expire on April 24, 2014. Therefore, Plaintiff requests the Court set a hearing on its request for a preliminary injunction on or before April 24, 2014.

Respectfully submitted,

DEANS & LYONS, LLP

_____
Robert J. Bogdanowicz III
Texas Bar No. 24064916
rob@deanslyons.com

325 N. Saint Paul Street
Suite 1500
Dallas, Texas 75201
(214) 736-7861 (t)
(214) 965-8505 (f)

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On the 17th day of April 2014, a true and correct copy of the above was sent via facsimile, to the following:

**Via Facsimile (214) 965-7799**
John Penn
Kelly D. Hine
Erin L. Leu
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 752010

_____
Robert J. Bogdanowicz III