

ORIGINAL
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 25 2014
CLERK, U.S. DISTRICT COURT
By
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CYPHER ENTERPRISES, LLC
*Plaintiff,*
v.
HASHFAST TECHNOLOGIES, LLC,
HASHFAST, LLC
*Defendants.*

§ CIVIL ACTION NO. 4:14-CV-00243-A

**APPENDIX IN SUPPORT OF PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Cypher Enterprises, LLC and files their Appendix in Support of its' Original Complaint, as follows:

| EXHIBIT | DESCRIPTION | APP. |
|---|---|---|
| A | HashFast Order Nos. 616, 991, 1981, 2176, and 2354 | 001-009 |
| B | Screenshot of https://bitcointalk.org/index.php?topic=262052.msg2869016#msg2869016 | 010-017 |
| C | Screenshot of https://bitcointalk.org/index.php?topic=270384.msg2894615#msg2894615 | 018-024 |
| D | Screenshot of https://bitcointalk.org/index.php?topic=270384.msg2903338#msg2903338 | 025-033 |
| E | Screenshot of https://bitcointalk.org/index.php?topic=262052.msg2908364#msg2908364 | 034-040 |

Respectfully submitted,


Robert J. Bogdanowicz III
Texas Bar No. 24064916

DEANS & LYONS, LLP
325 N. Saint Paul Street
Suite 1500
Dallas, Texas 75201
(214) 736-8500 Telephone
(214) 965-8505 Facsimile
rob@deanslyons.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On the 25th day of April 2014, a true and correct copy of the above was sent via facsimile, electronic mail, and through the Court's CM/ECF systems to the following:

John Penn
Kelly D. Hine
Erin L. Leu
PERKINS COIE, LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201


Robert J. Bogdanowicz III



| DATE |
|---|
| August 14, 2013 |

HashFast Technologies, Inc. ("Hashfast")
97 South Second Street #175
San Jose, 95113 United States

**Order NUMBER: 616**
Please have the Order Number appear on all related correspondence, shipping papers, and invoices

# Order Confirmation

**To: ("Buyer")**
Mr. Matthew Leong

Australia

**Ship To:**
Mr. Matthew Leong

Australia

| QTY | PRODUCT | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 1 | Baby Jet | Buyer purchases Baby Jet unit(s) incorporating (1) GN ASICs @ 400 Ghash at nominal clock speed (nominal voltage).<br><br>Payment:<br>100% via international wire transfer<br><br>In addition, for delivery via UPS Worldwide Expedited. Expected shipping date: October 30, 2013* | $5,600 USD | $5,600 USD |
| | | | SUBTOTAL | $5,600.00 USD |
| | | | SHIPPING | $418.50 USD |
| | | | TOTAL | $6,018.50 USD |

- Buyer will pay in USD.
- Baby Jet Delivery Dates. All of the 550 Baby Jet units from HashFast's first production batch are guaranteed for delivery by December 31, 2013. If Buyer ordered one or more units of such Baby Jets, and HashFast does not deliver such units by that date, then Buyer may cancel the undelivered portion of the order at Buyer's request and HashFast will refund the payment for the units that Buyer purchased but did not receive and cancelled. This cancellation and refund is Buyer's sole and exclusive remedy for HashFast failing to deliver by the December 31, 2013 guaranteed delivery date, and Buyer must cancel the order by January 15, 2014 to avail itself of this remedy. Buyer to pay all taxes, duties and shipping costs.

EXHIBIT A

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

# Order: #991

| Product | Quantity | Price |
|---|---|---|
| Baby Jet (nominal 400 Ghash/s) | 1 | $5,600 |

Thank you for your purchase. If you have quesitons about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445.

– The HashFast Team

| | |
|---|---|
| **Cart Subtotal:** | $5,600 |
| **Shipping:** | $204 via Next Day Air Early AM (UPS) |
| **Order Total:** | $5,804 |

**Note:** This is an escrowed group buy by John K. from Bitcointalk, for this particular group buy: https://bitcointalk.org/index.php?topic=274055.0 Please CC the.john.is.here@gmail.com and john98112004@yahoo.co.uk on any updates. The miner is to be sent to a colocation company as detailed above

# Customer details

**Email:** jaybad@gmail.com

**Tel:** (808) 651-2030

## Billing address

Jason Badua
4039 Palikea Street
Lihue, Hawaii 96766

## Shipping address

Jason Badua
DataShack, LLC
201 East 16th Ave
North Kansas City, Missouri 64116

[illegible] about your order, please contact customer service [illegible] sales@hashfast.com [illegible]
[illegible] (800)609-3445

---------- Forwarded message ----------
From: **HashFast Technologies** <sales@hashfast.com>
Date: Tue, Oct 1, 2013 at 2:57 PM
Subject: Your HashFast Technologies order from September 24, 2013 is complete
To: jaybad@gmail.com

# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

## Order: #1981

| Product | Quantity | Price |
|---|---|---|
| Sierra – Second Batch – On Sale Now! → Second Batch Sierra – Without Miner Protection Program™ – On Sale Now! | 1 | $6,000 |
| Sierra – Second Batch – On Sale Now! → Second Batch Sierra – With Miner Protection Program™ – On Sale Now! | 1 | $10,800 |
| **Cart Subtotal:** | | $16,800 |
| **Shipping:** | | $254.09 via Next Day Air Saver (UPS) |
| **Order Total:** | | $17,054.09 |

**Note:** Per John S., sending approx. 50% (or closest approximation) for *2* Sierras at HashFast Flash Sale Pricing as down payments. Payment to follow at end of week for remainder: jaybad@gmail.com. Mahalo! These are DZ Cooperative HashFast Miners #3 & 4.

## Customer details

Email: jaybad@gmail.com

Tel: 8086512030

## Billing address

Jason Badua
Representing the DZ Miner's Cooperative of BTC Talk Forums, an at-cost cooperative catering to smaller miners
4039 Palikea St.
Lihue, Hawaii 96766

## Shipping address

Matthew Carson
Miner Hosting LLC
2057 Vienna Road
Rolla, Missouri 65401

If you have questions about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445

**To:** mbbs@ymail.com
**Subject: Your HashFast Technologies order from October 9, 2013 is complete**

# Your order is complete

Hi there. Your recent order on HashFast Technologies has been completed. Your order details are shown below for your reference:

## Order: #2176

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $183.54 via Next Day Air Early AM (UPS) |
| **Order Total:** | | $1,683.54 |

**Note:** Send to same location as my babyjet order # 616

## Customer details

**Email:** mbbs@ymail.com

**Tel:** +61352227373

## Billing address

Matthew Leong
Attention Cara : Jason Badua's secret hosting location

## Shipping address

Matthew Leong
Attention Cara : Jason Badua's secret hosting location

Attention Cara : Jason Badua's secret hosting location
Missouri, Missouri 65401

Attention Cara : Jason Badua's secret hosting location
Missouri, Missouri 65401

If you have questions about your order, please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

Amount (BTC): **11.69937457**

Address: 14rU1GvGoNEoMisSE26WnbsZfhEQbt4rbc

QR Code:

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

## Order: #2354

| Product | Quantity | Price |
|---|---|---|
| Baby Jet Upgrade Kit – $3.75/Ghash! | 1 | $1,500 |
| **Cart Subtotal:** | | $1,500 |
| **Shipping:** | | $183.54 via Next Day Air Early AM (UPS) |
| **Order Total:** | | $1,683.54 |

## Customer details

Email: surfskatekauai@gmail.com

Tel: 8086512030

## Billing address

Jason Badua
DyslexicZombei's at-cost Miners
Cooperative (NOT Incorporated)
4039 Palikea St.
Lihue, Hawaii 96766

## Shipping address

Matthew Carson
Miner Hosting LLC
1028 South Bishop Ave.
Rolla, Missouri 65401

If you have questions about your order please contact customer service at sales@hashfast.com or call us during pacific standard business hours at (800)609-3445

B

# Bitcoin Forum

March 07, 2014, 10:31:21 PM

Welcome, **Guest**. Please login or register.

Forever Login

Login with username, password and session length

**News**: Bitcoin 0.8.6 is now available. Download.

Search

HOME HELP SEARCH DONATE LOGIN REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 **[23]** 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 **...** 423

« previous topic next topic »

**print**

Author Topic: HashFast announces specs for new ASIC: 400GH/s (Read 295593 times)

**calichomp**
Newbie

Activity: 13

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 04, 2013, 06:16:47 PM

#441

**Quote from: crumbs on August 03, 2013, 12:54:45 AM**

**Quote from: arorts on August 03, 2013, 12:47:12 AM**

**Quote from: Gyrsur on July 30, 2013, 08:59:37 PM**

at least they should start to take preorders soon! can't wait to give my money away...

someone located in this area to give a visit?

HashFast Technologies LLC

97 South Second Street #175
San Jose, CA 95113

Wohoooo! It's just a few blocks from where I live. So proud of my Silicon Valley. I'm on vacation but I'll probably contact them later on to pay them a visit.

I'll be on day one in line the day they start selling just like with an Apple store (except I'm going to be escorted by some dudes since it'll be like walking out with gold from a store).
Go SV! Go SV!! to lead the technology charge and leave behind in the war zone the sucker, douchey and geek-wanna-be redneck company from Kansas. (You know which company I'm specifically talking about! ;-)

Yippers. That shoo is Uniquify's address BTW, how did you get out of noob jail so quick -- this is your second post EVAH!

For what it is worth... google says this address is a place called Nextspace -- a co-working office. Seems weird to me that a company that can afford a 28nm chip without preorders can't find their own office.

EXHIBIT B 010

Neighbourhood Pool Watch: Keeping an eye on Bitcoin mining
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction.
Advertise here.

**Ytterbium**
Full Member

Activity: 224

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #442
August 05, 2013, 01:28:32 AM

**Quote from: Bargraphics on August 05, 2013, 01:25:51 AM**

**Quote from: calichomp on August 04, 2013, 06:16:47 PM**

For what it is worth... google says this address is a place called Nextspace -- a co-working office. Seems weird to me that a company that can afford a 28nm chip without preorders can't find their own office.

I went and had a visit with them, they are literally camped out in Uniquify's Building.

You walked up to the Uniquify receptionist, ask to see John from HashFast and she takes you to him.

You can't really bend this any other way, they are working closely and directly with them.

What was the address you visited them at?

- in hand - 8.5Gh/s blades for **B0.196** (about $112). That's a cost/gh of **B0.023/gh** - cheaper then cex.io. Ships in 24 hours **guaranteed** with **free shipping** in the US! (24h not including Saturdays and Sundays).

**HashFast**
Full Member

Activity: 154

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #443
August 05, 2013, 04:55:03 AM

**Quote from: Bitcoinorama on August 02, 2013, 07:10:22 PM**

Hashfast has just updated it's privacy policy, some is quite standard, but their clearly marketing orientated and looks like they are willing to sell your data;

http://hashfast.com/privacy-policy-2/

Not sure I'm happy with this...

Hey Bitcoinorama,

Thanks for pointing this out. We used an online service to generate a privacy policy, and we missed that section.
You are right, and it's been removed. We will absolutely not sell or share anyone's data.

Thanks,
John Skrodenis

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**HashFast**
Full Member

Activity: 154

**Re: HashFast announces specs for new ASIC: 400GH/s** #444
August 05, 2013, 05:21:34 AM

**Quote from: calichomp on August 04, 2013, 06:16:47 PM**

011



For what it is worth... google says this address is a place called Nextspace -- a co-working office. Seems weird to me that a company that can afford a 28nm chip without preorders can't find their own office.

This is a great question.

Ignore

Here is the answer:
Uniquify was gracious enough to allow the entire HashFast staff to work inside of their offices. This is to both ensure that HashFast's engineering team is fully embedded with Uniquify, and to minimize any separation of HashFast's business and engineering teams during a critical time. In addition, we have rented temporary space for meetings, etc. in San Jose, and have access to additional space in San Francisco.

Since Simon and most of his team live in San Francisco, one should expect to us to soon relocate our offices closer to home. (I for one, hope this happens sooner rather than later 😊

John

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**Vagnavs**
Sr. Member

Activity: 308

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #445
August 05, 2013, 05:25:41 AM

**Quote from: HashFast on August 05, 2013, 05:21:34 AM**

**Quote from: calichomp on August 04, 2013, 06:16:47 PM**

For what it is worth... google says this address is a place called Nextspace -- a co-working office. Seems weird to me that a company that can afford a 28nm chip without preorders can't find their own office.

This is a great question.

Here is the answer:
Uniquify was gracious enough to allow the entire HashFast staff to work inside of their offices. This is to both ensure that HashFast's engineering team is fully embedded with Uniquify, and to minimize any separation of HashFast's business and engineering teams during a critical time. In addition, we have rented temporary space for meetings, etc. in San Jose, and have access to additional space in San Francisco.

Since Simon and most of his team live in San Francisco, one should expect to us to soon relocate our offices closer to home. (I for one, hope this happens sooner rather than later 😊

John

can you address some of the concerns others have stated in this thread? Such as the twitter feed, user accounts, private policy and etc. Your team appears to be a talented bunch. But so far, you wouldn't know that by reading this thread.
Regards,

**QuiveringGibb**
Full Member

Activity: 209

theSkyNet.org

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 06:18:31 AM

#446

http://betsofbitco.in/item?id=1706

**HashFast will ship their first chip (to spec) to a buying customer on, or before October 31st, 2013.**

**Code:**

```
HashFast Technologies (http://hashfast.com/) is a fabless semiconduct

Their first chip, the Golden Nonce (GN) microprocessor, is in the fin

The GN chip will perform more than 400 Ghash per second, and uses as

Current-generation ASICs power per Ghash is defined as 1W for 1Ghash.

HashFast's GN Bitcoin mining microprocessor will ship to a buying cus

Editor's note: We will judge the statement according to the forum pos

Info
Opening date: Aug. 4, 2013
Bet deadline: Oct. 10, 2013 end of day Eastern Time
Event date: Oct. 31, 2013 end of day Eastern Time
Category: Technology
Total agree bets: 0.10
Total disagree bets: 1.00
```

This will be interesting...

QG

https://bitcointalk.org/index.php?topic=498343.0 - [AUCTION] In-hand in Australia 2 x BFL Singles 120GHs 98mBTC, Discussion
theSkyNet.org needs you! Got a spare CPU thread? Want to help astronomers make awesome

**HashFast**
Full Member

Activity: 154

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 06:51:02 AM

#447

**Quote from: ryanb on August 04, 2013, 03:52:51 PM**

> when will your asic be available and are there any prices?

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**Ytterbium**
Full Member

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 06:54:24 AM

#448

**Quote from: HashFast on August 05, 2013, 06:51:02 AM**

Activity: 224

Ignore

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Will you be shipping in a way that's obvious for everyone to see, so that people who bet 'yes' will make back their money, or just big mining operations like gridfinity?

- in hand - 8.5Gh/s blades for **Ƀ0.196** (about $112). That's a cost/gh of **Ƀ0.023/gh** - cheaper then cex.io. Ships in 24 hours **guaranteed** with **free shipping** in the US! (24h not including Saturdays and Sundays).

**Vagnavs**
Sr. Member

Activity: 308

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #449
August 05, 2013, 11:45:54 AM

**Quote from: Ytterbium on August 05, 2013, 06:54:24 AM**

**Quote from: HashFast on August 05, 2013, 06:51:02 AM**

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Will you be shipping in a way that's obvious for everyone to see, so that people who bet 'yes' will make back their money, or just big mining operations like gridfinity?

+ 1

Also, what is your definition of "shipping", is that 5 units, 500 units, etc. You may claim to win the bet, by releasing just a couple units.
Regards

**Bitcoinorama**
Sr. Member

Activity: 308

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #450
August 05, 2013, 12:15:06 PM

**Quote from: HashFast on August 05, 2013, 04:55:03 AM**

**Quote from: Bitcoinorama on August 02, 2013, 07:10:22 PM**

Hashfast has just updated it's privacy policy, some is quite standard, but their clearly marketing orientated and looks like they are willing to sell your data;

http://hashfast.com/privacy-policy-2/

Not sure I'm happy with this...

Hey Bitcoinorama,

Thanks for pointing this out. We used an online service to generate a privacy policy, and we missed that section.
You are right, and it's been removed. We will absolutely not sell or share anyone's data.

Thanks,
John Skrodenis

014

Thank-you, and sorry for any negativity this may have caused.

People are trusting and don't tend to read policies or agreements. Admittedly this is their fault, as much as the company, but one assumes you would put your customers interests first, which is not always the case with some companies, so I had to call you on it, as it looked like you enticed people to sign up (including myself!) before releasing the privacy policy.

Make my day! Say thanks if you found me helpful BTC Address --->
1487ThaKjezGA6SiE8fvGcxbgJJu6XWtZp
https://www.kncminer.com/?resellerid=508

**NetTime**
Member

Activity: 74

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 01:54:12 PM #451

**Quote from: HashFast on August 05, 2013, 06:51:02 AM**

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Yes! Looking forward to details on the rack unit and pricing.

**gateway**
Sr. Member

Activity: 336

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 05, 2013, 03:31:15 PM #452

**Quote from: HashFast on August 05, 2013, 06:51:02 AM**

**Quote from: ryanb on August 04, 2013, 03:52:51 PM**

when will your asic be available and are there any prices?

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

Awesome news John!

I for one am excited about the new products and chips coming out!

@all, I think its time to relax a bit, funny thing I saw that sorta rang true on a post maybe not in this one is "More answers always lead to more questions", so lets let the HashFast team focus on bringing out their products and I'm sure John or Simon will be here at times to answer any relevant questions that are on topic

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**BitCsByBit**
Full Member

Activity: 224

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 06, 2013, 10:15:23 AM #453

**Quote from: HashFast on August 05, 2013, 06:51:02 AM**

**Quote from: ryanb on August 04, 2013, 03:52:51 PM**

when will your asic be available and are there any prices?

Ignore

We will be shipping in October.

We will be releasing pricing and launching sales shortly for a one chip hashing machine, a more dense rack mounted unit, as well as individual chips.

How many chips do you plan to house in the rack mounted unit?

Tipsy jar: 1HgfLMXiJQj9KZ7abLRh9rWuR7dgeSyub4

**kaerf**
Hero Member

Activity: 560

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #454
August 06, 2013, 07:59:39 PM

Anyone go to the open house today?

**gateway**
Sr. Member

Activity: 336

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #455
August 06, 2013, 08:04:13 PM

**Quote from: kaerf on August 06, 2013, 07:59:39 PM**
Anyone go to the open house today?

Don't think one was announced yet, but I'm local so will be around ☺

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**kaerf**
Hero Member

Activity: 560

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #456
August 06, 2013, 08:08:59 PM

If you emailed them, they sent an outlook invite for today.

**conceptxp**
Jr. Member

Activity: 35

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #457
August 06, 2013, 08:46:09 PM

when is the open house?

**kaerf**
Hero Member

**Re: HashFast announces specs for new ASIC: 400GH/s** #458
August 06, 2013, 09:25:33 PM

016

Activity: 560

Ignore

**Quote**

When
Tue Aug 6, 2013 11am - 12pm Pacific Time
Where
2030 Fortune Dr., San Jose, CA 95131

**iCEBREAKER**
Hero Member

Activity: 630

Bitcoin is the separation of Money and State.

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #459
August 06, 2013, 10:54:50 PM

**Quote from: kaerf on August 06, 2013, 09:25:33 PM**

**Quote**

When
Tue Aug 6, 2013 11am - 12pm Pacific Time
Where
2030 Fortune Dr., San Jose, CA 95131

Will there be cake and soda? Beer and pizza? Hookers and blow?

"Current payment systems simply can't compete with bitcoin's fees, security and convenience. Why spend hundreds of thousands of dollars on bank fees per year and lose hair as money transfers bounce from bank to bank during a wire transfer sometimes taking

**conceptxp**
Jr. Member

Activity: 35

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s** #460
August 06, 2013, 11:37:14 PM

**Quote from: kaerf on August 06, 2013, 09:25:33 PM**

**Quote**

When
Tue Aug 6, 2013 11am - 12pm Pacific Time
Where
2030 Fortune Dr., San Jose, CA 95131

doh! I missed today. had a meeting with client @.@

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 [**23**] 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 ... 423 **print**

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

« previous topic next topic »

Jump to: =====> Custom hardware go

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

017

C

# Bitcoin Forum

March 07, 2014, 10:32:53 PM

Welcome, **Guest**. Please login or register.
Forever Login
Login with username, password and session length

**News**: Bitcoin 0.8.6 is now available. Download. Search

HOME HELP SEARCH DONATE LOGIN REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

« previous topic next topic » print

Pages: [**1**] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 ... 70

Author | Topic: HashFast launches sales of the Baby Jet (Read 60554 times)

**Simon Barber**
Jr. Member

Activity: 56

Ignore

**HashFast launches sales of the Baby Jet**
August 08, 2013, 11:57:25 PM #1

Hi Everyone,

HashFast is launching sales of the Baby Jet.

Here are details:

**System Specs**
- 1 HashFast Golden Nonce (GN) Chip
- Hashing Output: 400 Gigahash/s at nominal clock speed
- Under 350 watt power draw*
- Efficient liquid cooling

**Chip Specs**
- 28nm custom ASIC
- Power Consumption: significantly less than 1.0 W/GH at nominal clock speed
- Designed to be underclocked for greater efficiency – better than 0.5 W/GH*
- Designed to be overclocked for greater performance - better than 500GH/s**

**Logistics**
- We are selling 550 Baby Jet units for $5,600 each

- Shipments begin: October 20th-30th, in order of purchase
- Payments to be made in BTC with the help of BitPay

- Order sequence to be posted publicly, sans private information
- Weekly production updates will be sent to the email address attached to each order

**The online shop is here:**
https://www.hashfast.com/shop

EXHIBIT C

018

We are very excited about this launch. A lot of talented people have been working very hard for a long time to make this happen.

- HashFast Team

* Real silicon power consumption may vary from simulation results by plus or minus 20%
** May require improved power supplies in the chassis

Private Internet Access™ - No logs, Unlimited Bandwidth, PC Magazine's Editor's Choice
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction.
Advertise here.

**erk**
Sr. Member

Activity: 336

Ignore

**Re: HashFast launches sales of the Baby Jet** #2
August 08, 2013, 11:59:36 PM

Any plans on smaller units for us poor folk?

**gateway**
Sr. Member

Activity: 336

Ignore

**Re: HashFast launches sales of the Baby Jet** #3
August 08, 2013, 11:59:40 PM

Awesome guys! Can't wait to have this mining in my server room!

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**gateway**
Sr. Member

Activity: 336

Ignore

**Re: HashFast launches sales of the Baby Jet** #4
August 09, 2013, 12:03:10 AM

**Quote from: erk on August 08, 2013, 11:59:36 PM**
> Any plans on smaller units for us poor folk?

Thats the poor folk edition

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**gateway**
Sr. Member

Activity: 336

**Re: HashFast launches sales of the Baby Jet** #5
August 09, 2013, 12:03:59 AM

**Quote from: jimbobway on August 09, 2013, 12:00:16 AM**
> The link you sent also says:
>
> Designed to be underclocked for greater efficiency - better than 0.5 W/GH*

019

Designed to be overclocked for greater performance - better than 500GH/s**

Ignore

Please tell us what exactly we need to buy so we can overclock it.

I would assume any of the standard water cooling systems out their, If I had to guess 😊

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**Vagnavs**
Sr. Member

Activity: 308

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:05:23 AM #6

Only BTC for payment. how about credit card?

**Simon Barber**
Jr. Member

Activity: 56

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:05:39 AM #7

**Quote from: jimbobway on August 09, 2013, 12:00:16 AM**

> Designed to be underclocked for greater efficiency ~ better than 0.5 W/GH*
> Designed to be overclocked for greater performance - better than 500GH/s**
>
> Please tell us what exactly we need to buy so we can overclock it.

We are still working on the power supply design. We hope to include a supply that will allow significant overclocking with the box, but we don't want to over promise, so we are keeping our specifications conservative.

**minternj**
Sr. Member

Activity: 308

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:09:23 AM #8

So power consumption variance is +-20%, can we infer the same with hash rate then? Since usually more power means more heat to dissipate.

**JHenderson**
Member

Activity: 69

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:15:10 AM #9

BitPay Payment seems broken.

**Simon Barber**
Jr. Member

Activity: 56

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:17:13 AM #10

**Quote from: minternj on August 09, 2013, 12:09:23 AM**
> So power consumption variance is +-20%, can we infer the same with hash rate then? Since usually more power means more heat to dissipate.

Most commonly the power consumption of real silicon comes in better (lower) than the predictions from the Apache Redhawk tool we are using. The cooling system in the Baby Jet is massively over engineered, to give some margin, and to support overclocking.

**HashFast**
Full Member

Activity: 154

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:18:29 AM #11

**Quote from: JHenderson on August 09, 2013, 12:15:10 AM**
> BitPay Payment seems broken.

I believe there are just a lot of people in line, please be patient.

John

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**Simon Barber**
Jr. Member

Activity: 56

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:18:48 AM #12

**Quote from: JHenderson on August 09, 2013, 12:15:10 AM**
> BitPay Payment seems broken.

We are having some trouble with BitPay right now. If you get an error, try the payment link a second time - this seems to fix it.

**gateway**
Sr. Member

Activity: 336

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:19:13 AM #13

**Quote from: JHenderson on August 09, 2013, 12:15:10 AM**
> BitPay Payment seems broken.

yea another friend of mine reported that as well.. bitpay fail!

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**gateway**
Sr. Member

Activity: 336

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:23:38 AM #14

**Quote from: HashFast on August 09, 2013, 12:18:29 AM**
> **Quote from: JHenderson on August 09, 2013, 12:15:10 AM**

021

BitPay Payment seems broken.

Ignore

I believe there are just a lot of people in line, please be patient.

John

Give me a jingle..

// **Eligius.st** - Webmaster
// Donations: btc 1D5K2WV1K4uiv56vZyMS66gBCPYVEdy6v

**JHenderson**
Member

Activity: 69

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:24:11 AM #15

Error creating bitpay invoice. Please try again or try another payment method.

**Bogart**
Hero Member

Activity: 588

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:29:03 AM #16

**Quote from: Simon Barber on August 08, 2013, 11:57:25 PM**
- 1 HashFast Golden Nonce (GN) Chip
- Under 350 watt power draw*

Doesn't removing ~250W TDP from one single chip die seem like a significant engineering challenge?

What's the core voltage on that bad boy? Sounds like you'd need to be supplying it with at least a couple hundred amps...

BTC: 1KfNzSKFAmpC4kNYaGLqj8LGPHxGmRG2nZ | LTC: LQ3GCbUfWMus6PEyEDeg1Dw8h9yxA3EAeU | OTC
DROP ALL THE BASE

**HashFast**
Full Member

Activity: 154

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 09, 2013, 12:30:27 AM #17

**Quote from: JHenderson on August 09, 2013, 12:24:11 AM**
Error creating bitpay invoice. Please try again or try another payment method.

I'll hit you up privately.

John

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

022

**hchc**
Full Member

Activity: 124

Ignore

**Re: HashFast launches sales of the Baby Jet** #18
August 09, 2013, 12:31:31 AM

There is no much room in the pricing. If they are >4 weeks late (i.e. deliver late Nov) you are not gonna ROI. If they deliver on time, you will profit ~6k. This is with current difficulty slope and $/btc.

**Bitcoinorama**
Sr. Member

Activity: 308

Ignore

**Re: HashFast launches sales of the Baby Jet** #19
August 09, 2013, 12:33:03 AM

Is there hosting? This is water cooled.

Make my day! Say thanks if you found me helpful BTC Address --->
1487ThaKjezGA6SiE8fvGcxbgJJu6XWtZp
https://www.kncminer.com/?resellerid=508

**SgtSpike**
Hero Member

Activity: 1064

Firstbits: 18tkn

Ignore

**Re: HashFast launches sales of the Baby Jet** #20
August 09, 2013, 12:33:52 AM

How does anyone know this isn't a scam? Endorsed by cypherdoc, ok. But beyond that?

Simon, assuming you're not out to steal people's money (which, truthfully, I don't think you are, but I don't know you're not), what about your ability to deliver? What if something goes wrong with the design? It consumes more electricity than expected... ok, now what? Does it mean a delay of several months for your customers while you re-engineer everything? Or the chip just flat out doesn't work because of some overlooked hardware bug. How long will it take to correct it? Or you can't find a 28nm fab to squeeze you into their schedule. What will you do?

Get paid Bitcoins to play Minecraft!

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 ... 70 print

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

« previous topic next topic »

Jump to: =====> Custom hardware go

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

php

W3C css



**Bitcoin Forum**

March 07, 2014, 10:39:34 PM

Welcome, **Guest**. Please login or register.
Forever Login
Login with username, password and session length

**News**: Bitcoin 0.8.6 is now available. Download. Search

HOME HELP SEARCH DONATE LOGIN REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

Pages: 1 2 3 4 5 6 7 8 9 [**10**] 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 ... 70

« previous topic next topic » **print**

Author Topic: HashFast launches sales of the Baby Jet (Read 60558 times)

**Simon Barber**
Jr. Member
Activity: 56
Ignore

**Re: HashFast launches sales of the Baby Jet** #181
August 10, 2013, 06:08:08 AM

**Quote from: cycloid on August 10, 2013, 05:18:15 AM**

> Now since the only payment option is in Will I get the same ammount of BTC back should you fail to deliver by December 31st?

Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

"This isn't the kind of software where we can leave so many unresolved bugs that we need a tracker for them." -- Satoshi

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**HashFast**
Full Member
Activity: 154
Ignore

**Re: HashFast launches sales of the Baby Jet** #182
August 10, 2013, 06:13:30 AM

Hi Everyone

Our site is being migrated and will be down for a while.

John
HashFast.com

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**Mapuo**
Sr. Member

**Re: HashFast launches sales of the Baby Jet** #183
August 10, 2013, 06:25:24 AM

ScamFast, I think...

025

Activity: 462

Ignore

**HashFast**
Full Member

Activity: 154

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:29:45 AM #184

**Quote from: HashFast on August 10, 2013, 06:13:30 AM**

> Hi Everyone
>
> Our site is being migrated and will be down for a while.
>
> John
> HashFast.com

and we're back

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**cypherdoc**
Hero Member

Activity: 1078

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:37:01 AM #185

looks good john

Financial Risk Analytics-Subscription Service
*Strategic Investing for Turbulent Times*
1CYPHERpEiaoYk94dZQ4WLhirkgPSUgnDi

**plasmoske**
Full Member

Activity: 210

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:38:24 AM #186

**Quote from: Simon Barber on August 10, 2013, 06:08:08 AM**

> **Quote from: cycloid on August 10, 2013, 05:18:15 AM**
>
> > Now since the only payment option is in Will I get the same ammount of BTC back should you fail to deliver by December 31st?

Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

026

The realist

That's a big promise.

Ignore

**eve**
Full Member

Activity: 210

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 06:56:07 AM #187

> **Quote from: plasmoske on August 10, 2013, 06:38:24 AM**
> > **Quote from: Simon Barber on August 10, 2013, 06:08:08 AM**
> > > **Quote from: cycloid on August 10, 2013, 05:18:15 AM**
> > > Now since the only payment option is in !Will I get the same ammount of BTC back should you fail to deliver by December 31st?
> >
> > Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.
>
> That's a big promise.

A btc rate of $100 is not the same as $150 in 2 months time. What a smoke screen promise.

**CoinHoarder**
Hero Member

Activity: 546

In Cryptocoins I Trust

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 07:53:18 AM #188

> **Quote from: eve on August 10, 2013, 06:56:07 AM**
> > **Quote from: plasmoske on August 10, 2013, 06:38:24 AM**
> > > **Quote from: Simon Barber on August 10, 2013, 06:08:08 AM**
> > > > **Quote from: cycloid on August 10, 2013, 05:18:15 AM**
> > > > Now since the only payment option is in !Will I get the same ammount of BTC back should you fail to deliver by December 31st?
> > >
> > > Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.
> >
> > That's a big promise.
>
> A btc rate of $100 is not the same as $150 in 2 months time. What a smoke screen promise.

It would be nice to have a written statement about your funding. If you're promising 1 to 1 BTC refunds, you must be funding the R&D/production yourself? If you explain this I think it will ease a lot of worries.

CryptoVest Physical Litecoins- Website: https://www.cryptovest.com/ - Thread: https://bitcointalk.org/index.php?topic=286027.0 - 'Special First Edition' Auction: https://litecointalk.org/index.php?topic=16363.0

**Seth Otterstad**
Sr. Member

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 12:42:15 PM #189

> **Quote from: DeathAndTaxes on August 09, 2013, 08:06:42 PM**



Activity: 308

**Quote from: yeemartin on August 09, 2013, 08:00:17 PM**

Bet :

http://bitbet.us/bet/507/hashfast-will-deliver-asic-devices-to-spec-before/

Pura Vida!

Why do people make bets which close at the event. Why would anyone bet now given that there will be a flood of bets seconds before the deadline when the outcome is no longer a gamble.

Ignore

This blows my mind that people still use that site since the launch of predictious.com. A lot of bitcoiners seem to try very hard to lose all their money.

Seth Otterstad's Blog @SethOtterstad on twitter Seth on google+
Play poker at SealsWithClubs, the largest bitcoin poker room. Bet sports almost vig-free at BTCsportsmatch

**crumbs**
Full Member

Activity: 210

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 01:15:09 PM #190

**Quote from: eve on August 10, 2013, 06:56:07 AM**

**Quote from: plasmoske on August 10, 2013, 06:38:24 AM**

**Quote from: Simon Barber on August 10, 2013, 06:08:08 AM**

**Quote from: cycloid on August 10, 2013, 05:18:15 AM**

Now since the only payment option is in Will I get the same ammount of BTC back should you fail to deliver by December 31st?

Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

That's a big promise.

A btc rate of $100 is not the same as $150 in 2 months time. What a smoke screen promise.

If HashFast is *using* the pre-order money, refunds of any kind (BTC or current $ value) are out of the question -- you can't refund money that is already spent.
If HashFast is *not using* the pre-order money, why is it being locked in until next year?
Can HashFast make a statement on how pre-order money will be used?

**Ytterbium**
Full Member

Activity: 224

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 08:16:31 PM #191

**Quote from: Seth Otterstad on August 10, 2013, 12:42:15 PM**

**Quote from: DeathAndTaxes on August 09, 2013, 08:06:42 PM**

**Quote from: yeemartin on August 09, 2013, 08:00:17 PM**

Bet :

http://bitbet.us/bet/507/hashfast-will-deliver-asic-devices-to-spec-before/

028





Why do people make bets which close at the event. Why would anyone bet now given that there will be a flood of bets seconds before the deadline when the outcome is no longer a gamble.

This blows my mind that people still use that site since the launch of predictious.com. A lot of bitcoiners seem to try very hard to lose all their money.

Ignore

Especially when the current "odds" are so lopsided, you are basically guaranteed to lose money if KnC doesn't deliver.

- in hand - 8.5Gh/s blades for **B0.196** (about $112). That's a cost/gh of **B0.023/gh** - cheaper then cex.io. Ships in 24 hours **guaranteed** with **free shipping** in the US! (24h not including Saturdays and Sundays).

**cycloid**
Sr. Member

**Online**

Activity: 294

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 10, 2013, 10:44:27 PM #192

**Quote from: CoinHoarder on August 10, 2013, 07:53:18 AM**

**Quote from: eve on August 10, 2013, 06:56:07 AM**

**Quote from: plasmoske on August 10, 2013, 06:38:24 AM**

**Quote from: Simon Barber on August 10, 2013, 06:08:08 AM**

**Quote from: cycloid on August 10, 2013, 05:18:15 AM**

Now since the only payment option is in ,Will I get the same ammount of BTC back should you fail to deliver by December 31st?

Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

That's a big promise.

A btc rate of $100 is not the same as $150 in 2 months time. What a smoke screen promise.

It would be nice to have a written statement about your funding. If you're promising 1 to 1 BTC refunds, you must be funding the R&D/production yourself? If you explain this I think it will ease a lot of worries.

This promise just steered me away 100%

Too many holes in this venture, biggest one so far is absence of Escrow service IF refunds are 1:1 in ?
The only logical conclusion they want to have an option on defaulting or USD equivallent refunds in case of failure to deliver, which seem like part of the plan from the start.

*****Mining Supplies***** https://COINCABLE.COM
**Novacoin Official:** http://NOVACOIN.ORG **Cycloid Music:** http://SOUNDCLOUD.COM/CYCLOID

029

**HashFast**
Full Member

Activity: 154

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 12:10:37 AM #193

Hi Everyone,

We are currently processing orders. If you are intersted in a purchase, you can call us at (800) 609-3445 or email us at sales@hashfast.com.
If you have already submitted an order, please have the order number ready when you call or include it in the email.

Thanks!

John
HashFast.com

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**ninjarobot**
Hero Member
**Online**

Activity: 628

Mine Silent, Mine Deep

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 12:43:12 AM #194

**Quote from: Simon Barber on August 10, 2013, 06:08:08 AM**

> Orders are taken in BTC, in the unlikely event we get to refunds they will be given in BTC.

This is a step in the right direction.

If you really want to do it right you should provide customer protection by providing refunds based on missed opportunity cost.

For example:

- HashFast promises to ship on October 30.
- Customer paid ~60 BTC for a pre-order unit.
- Customer registers a refund BTC address at the hashfast.com site.
- For every day HashFast misses their target shipping date, a partial automatic refund will be made based on what a 400 GH/s unit would have mined at the difficulty at that date.
- This would continue until either the refund is complete or the unit is delivered.

This would:

- Prevent a BFL-type pitchfork scenario and alleviate worries that HashFast might be hashing with customer hardware at customers expense.
- Give customers peace of mind; At worst they would have provided a free BTC loan to HashFast. At best they get a unit that has already started making some ROI before delivery.
- Provide a strong incentive for HashFast to deliver on time.

**plasmoske**
Full Member

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 12:45:13 AM #195

Come on John. Plenty of questions that need to be answered and you just keep

Activity: 210

The realist

Ignore

on.....

I don't know if you're just ignoring everyone or just don't have the answers to the questions people ask.

Getting scammier by the day my friend.

**Vagnavs**
Sr. Member

Activity: 308

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 01:06:25 AM #196

**Quote from: plasmoske on August 11, 2013, 12:45:13 AM**

> Come on John. Plenty of questions that need to be answered and you just keep on.....
>
> I don't know if you're just ignoring everyone or just don't have the answers to the questions people ask.
>
> Getting scammier by the day my friend.

I think it's too late..

**cryptograd**
Member

Activity: 112

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 01:06:55 AM #197

**Quote from: Vagnavs on August 09, 2013, 12:05:23 AM**

> Only BTC for payment. how about credit card?

BUY BTC WITH CREDIT CARD

Liked something I said ->17ry6rrknqmQ2S1NRArzdrNMmG2Zk449AE
Most important bitcointalk post in history
https://bitcointalk.org/index.php?topic=120184.msg1381739#msg1381739

**Simon Barber**
Jr. Member

Activity: 56

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 02:02:01 AM #198

**Quote from: ninjarobot on August 11, 2013, 12:43:12 AM**

> If you really want to do it right you should provide customer protection by providing refunds based on missed opportunity cost.
>
> For example:
>
> - HashFast promises to ship on October 30.
> - Customer paid ~60 BTC for a pre-oder unit.
> - Customer registers a refund BTC address at the hashfast.com site.
> - For every day HashFast misses their target shipping date, a partial automatic

031

refund will be made based on what a 400 GH/s unit would have mined at the difficulty at that date.
- This would continue until either the refund is complete or the unit is delivered.

This would:

- Prevent a BFL-type pitchfork scenario and alleviate worries that HashFast might be hashing with customer hardware at customers expense.
- Give customers peace of mind; At worst they would have provided a free BTC loan to HashFast. At best they get a unit that has already started making some ROI before delivery.
- Provide a strong incentive for HashFast to deliver on time.

We are working on finalizing a guarantee program for purchasers that will provide some good coverage in case of late delivery, the text is being perfected now, and we will be publishing it in the next few days. It will be offered free to all existing purchasers.

**BitCsByBit**
Full Member

Activity: 224

Ignore

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 02:06:22 AM #199

**Quote from: Simon Barber on August 11, 2013, 02:02:01 AM**

**Quote from: ninjarobot on August 11, 2013, 12:43:12 AM**

If you really want to do it right you should provide customer protection by providing refunds based on missed opportunity cost.

For example:

- HashFast promises to ship on October 30.
- Customer paid ~60 BTC for a pre-oder unit.
- Customer registers a refund BTC address at the hashfast.com site.
- For every day HashFast misses their target shipping date, a partial automatic refund will be made based on what a 400 GH/s unit would have mined at the difficulty at that date.
- This would continue until either the refund is complete or the unit is delivered.

This would:

- Prevent a BFL-type pitchfork scenario and alleviate worries that HashFast might be hashing with customer hardware at customers expense.
- Give customers peace of mind; At worst they would have provided a free BTC loan to HashFast. At best they get a unit that has already started making some ROI before delivery.
- Provide a strong incentive for HashFast to deliver on time.

We are working on finalizing a guarantee program for purchasers that will provide some good coverage in case of late delivery, the text is being perfected now, and we will be publishing it in the next few days. **It will be offered free to all existing purchasers.**

Does this mean it will cost extra for future purchasers?

Tipsy jar: 1HgfLMXiJQj9KZ7abLRh9rWuR7dgeSyub4

**eve**
Full Member

**Re: HashFast launches sales of the Baby Jet**
August 11, 2013, 02:08:12 AM #200

After pestering him , he decides to look into the refund policy and guarantee

032

Activity: 210

delivery time. You still do not accept credit cards, and most of your techs specs and are only doable on theory and not proven. Be careful and stay away and stay clear.

Ignore

Pages: 1 2 3 4 5 6 7 8 9 [**10**] 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 ... 70 **print**

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast launches sales of the Baby Jet**

« previous topic next topic »

Jump to: =====> Custom hardware go

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

E

**Bitcoin Forum**

March 07, 2014, 10:33:50 PM

Welcome, **Guest**. Please login or register.
Forever Login
Login with username, password and session length

**News**: Bitcoin 0.8.6 is now available. Download.

Search

HOME HELP SEARCH DONATE LOGIN REGISTER

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 [**33**] 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 ... 423

« previous topic
next topic »
**print**

Author Topic: HashFast announces specs for new ASIC: 400GH/s (Read 295595 times)

**dan99**
Sr. Member
Activity: 294

**Re: HashFast announces specs for new ASIC: 400GH/s** #641
August 10, 2013, 02:40:28 AM

**Quote from: Syke on August 09, 2013, 09:50:56 PM**

**Quote from: Simon Barber on August 09, 2013, 08:53:32 PM**

We outsourced our web development, and got stung with a hopelessly underpowered shared solution.

Really? You launched a multi-million dollar project on a $5 shared hosting solution? What kind of idiot are you?

a good hostings is better

Ignore

180GH/s ANTMINER S1 *Classical mining rig by the trustworthy vendor* BITMAIN
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**Simon Barber**
Jr. Member
Activity: 56

**Re: HashFast announces specs for new ASIC: 400GH/s** #642
August 10, 2013, 06:00:45 AM

**Quote from: Ytterbium on August 10, 2013, 12:27:12 AM**

And again, have you also outsourced your production and shipping logistics? **This is where both Avalon and BFL have failed**. It's very critical information for determining whether or not to purchase.

Yes - production and fulfillment are outsourced - design partly in house and partly outsourced. These days there are many professional companies who specialize in these areas, ISO9001 certified, etc. No need to keep these in house.

Ignore

**iCEBREAKER**
Hero Member
Activity: 630

Bitcoin is the separation of Money and State.

**Re: HashFast announces specs for new ASIC: 400GH/s** #643
August 10, 2013, 08:43:12 AM

**Quote from: AussieHash on August 10, 2013, 01:23:44 AM**

**Quote from: Simon Barber on August 09, 2013, 10:00:57 PM**

The development and management of the site was outsourced to an external developer, who came with good credentials, and was not cheap. They selected an unsuitable hosting solution and implemented the site on it. We are no longer working with them, and moving the site.

I hope you didn't pay with bitcoins

Zing! 😊

To be fair, it's possible the site was under attack. Haters abound.

But always separate content creators from hosting providers. Webmonkeys don't know jack about the other six layers.

Ignore

"Current payment systems simply can't compete with bitcoin's fees, security and convenience. Why spend hundreds of thousands of dollars on bank fees per year and lose hair as money transfers bounce from bank to bank during a wire transfer sometimes taking days to reach its destination, when it can clear within minutes and for mere pennies? As a currency, no

034

**papamoi**
Sr. Member

Activity: 364

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 10, 2013, 08:57:55 AM #644

> **Quote from: Simon Barber on August 10, 2013, 06:00:45 AM**
>> **Quote from: Ytterbium on August 10, 2013, 12:27:12 AM**
>> And again, have you also outsourced your production and shipping logistics? **This is where both Avalon and BFL have failed**. It's very critical information for determining whether or not to purchase.
>
> Yes - production and fulfillment are outsourced - design partly in house and partly outsourced. These days there are many professional companies who specialize in these areas, ISO9001 certified, etc. No need to keep these in house.

are they as much professionnal as your website developper?

if yes,we are at the beginning of something interesting with you guys

lol

**Flashman**
Sr. Member

Activity: 266

http://goo.gl/kusPNb

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 10, 2013, 05:36:23 PM #645

> **Quote from: Simon Barber on August 10, 2013, 06:00:45 AM**
> Yes - production and fulfillment are outsourced - design partly in house and partly outsourced. These days there are many professional companies who specialize in these areas, ISO9001 certified, etc. No need to keep these in house.

Heh, heh, good luck with that, unless you're commanding better than 10% of their current business, expect to get low priority. If they get over 40-50% off a major multinational who gives them a "preferred partner" attaboy to hang in the lobby, expect to get really screwed. If you want to get royal treatment, look for small shops who see you as a lifeline.

ISO 9001 is practically only a documentation standard, where management attempts to shift blame for poor materials and inadequate equipment to production ops by forcing them to sign everything off. Well it can work like that. I don't put any particular store in it... basically when they deliver 50,000 wrong parts, it shortcuts the scapegoat finding process.

**TL;DR** See Spot run. Run Spot run. .... .... Freelance interweb comedian, for teh lulz >>> 1MqAAR4XkJWfDt367hVTv5SstPZ54Fwse6
**FINCEN & China scary? Risk manage your ASIC investment, preorder Swedish 3TH Neptune** KNC Bitcoin Mining Equipment
^^^^^^**20nm 3TH batch 2/2 selling fast, the fastest single unit available to the hobbyist miner.** ^^^^^

**Simon Barber**
Jr. Member

Activity: 56

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 02:59:18 AM #646

> **Quote from: flowdab on August 09, 2013, 02:19:32 PM**
> Has Hashfast told us what stage they are in design/production? I find it very difficult to believe that they can go from 0 to full miner by October 20th - 30th.

The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.

Simon

**jspielberg**
Sr. Member

Activity: 350

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 03:06:19 AM #647

> **Quote from: Simon Barber on August 11, 2013, 02:59:18 AM**
>> **Quote from: flowdab on August 09, 2013, 02:19:32 PM**
>> Has Hashfast told us what stage they are in design/production? I find it very difficult to believe that they can go from 0 to full miner by October 20th - 30th.
>
> The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.
>
> Simon

Thanks for the explanation and history. I am looking forward to the email updates.

**Gizmosis350k**
Newbie

Activity: 7

Razzle Dazzle

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 03:31:08 AM #648

I like what Hashfast is doing. Right now even if the difficulty was 370 Mil i'd still ROI in about 6 months

I'm very poor. If you agree with me send me some BTC. I'd be very grateful.
19VFpmN5dZdUDvdwx2Gsg3YAbsf1FMXWEt

**plasmoske**
Full Member

Activity: 210

The realist

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 04:55:55 AM #649

**Quote from: Gizmosis350k on August 11, 2013, 03:31:08 AM**
> I like what Hashfast is doing. Right now even if the difficulty was 370 Mil i'd still ROI in about 6 months

I think you need to re-do your calculations.

**jspielberg**
Sr. Member

Activity: 350

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 05:13:48 AM #650

**Quote from: Gizmosis350k on August 11, 2013, 03:31:08 AM**
> I like what Hashfast is doing. Right now even if the difficulty was 370 Mil i'd still ROI in about 6 months

Do you mean if it averaged 370m over 6 months? I calculate at an average of 370M it will break even in 120 days... But that would be hard to do because I project 370M in early December.

**nowywbitcoinowyn**
Member

Activity: 71

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 05:30:01 AM #651

**Quote from: Simon Barber on August 11, 2013, 02:59:18 AM**
> The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013.... **We understand the importance of schedule.** The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.
> Simon

Dear Simon, as we both understand schedule is important, please be so kind and answer my, still unanswered, post:

**Quote from: nowywbitcoinowymswiecie on August 09, 2013, 06:53:51 AM**
> HashFast is an interesting and much aticipated idea but please tell precisely whats Your plan to send working product to clients at the end of October.
> To me this plan looks like quite ambitious one. Slightly too ambitious? I dont see any place for errors and delays. None.
>
> So we have known phases - please provide a list of actions with roughly dates.
>
> To have working device we need to:
>
> 1. Design a chip : do You have final design, its valid/seems working etc.? UPDATE: Started: 2011 Status: uncompleted. Estimated time to complete: unknown.
> 2. Produce Chip : ??Whats You timeline here
> 3. Design PCB : ??Whats You timeline here
> 4A. Assembly service : ??Whats You timeline here
> 4B. BOM - components preorder : ??Whats You timeline here
> 5. Create software or adapt existing one : ??Whats You timeline here
> 6. Design/Adapt Case : ??Whats You timeline here

036

**7. Start shipping : 20-30 October**

Above its a quick and dirty estimation of critical minestones of which each one have many intermediate steps. Of course some of them can be done in parallel.

Please provide Your estimations. This will show us how do you approach this project.

newbee here 1PkHkAEssCQoarLz6hcmQzF9zbaxGrxdFz

**Ytterbium**
Full Member

Activity: 224

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 05:43:18 AM #652

**Quote from: nowywbitcoinowymswiecie on August 11, 2013, 05:30:01 AM**

Dear Simon, as we both understand schedule is important, please be so kind and answer my, still unanswered, post:

**Quote from: nowywbitcoinowymswiecie on August 09, 2013, 06:53:51 AM**

HashFast is an interesting and much aticipated idea but please tell precisely whats Your plan to send working product to clients at the end of October.
To me this plan looks like quite ambitious one. Slightly too ambitious? I dont see any place for errors and delays. None.

So we have known phases - please provide a list of actions with roughly dates.

To have working device we need to:

1. Design a chip : do You have final design, its valid/seems working etc.? UPDATE: Started: 2011 Status: uncompleted. Estimated time to complete: unknown.
2. Produce Chip : ??Whats You timeline here
3. Design PCB : ??Whats You timeline here
4A. Assembly service : ??Whats You timeline here
4B. BOM - components preorder : ??Whats You timeline here
5. Create software or adapt existing one : ??Whats You timeline here
6. Design/Adapt Case : ??Whats You timeline here
**7. Start shipping : 20-30 October**

Above its a quick and dirty estimation of critical minestones of which each one have many intermediate steps. Of course some of them can be done in parallel.

Please provide Your estimations. This will show us how do you approach this project.

Hey, people are throwing money at him! No need to answer pesky questions like that! If you want to know fly over there and sign an NDA!

- in hand - 8.5Gh/s blades for **B0.196** (about $112). That's a cost/gh of **B0.023/gh** - cheaper then cex.io. Ships in 24 hours guaranteed with **free shipping** in the US! (24h not including Saturdays and Sundays).

**AussieHash**
Full Member

Activity: 238

BITCOIN MINER

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 08:07:11 AM #653

**Quote from: Simon Barber on August 11, 2013, 02:59:18 AM**

The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. **The chip design is almost complete.**
....

Hi Simon,

Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/

Can you confirm that you have chosen and signed with a fab ?
Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
Have you already finalised your PCB design, contracted partners and started manufacturing ?
Have you finalised your rig design, cooling, PSU and contracted a manufacturer ?

If you ship in December - your customers will take a bath on this.

**HashFast**
Full Member

Activity: 154

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 10:35:56 AM #654

**Quote from: AussieHash on August 11, 2013, 08:07:11 AM**

**Quote from: Simon Barber on August 11, 2013, 02:59:18 AM**

037



The original design work on this chip started in 2011. The architecture work started then. The current version of the RTL code started in May 2013. The team have been working non stop 18 hour days, 7 days a week since then. We understand the importance of schedule. **The chip design is almost complete.**
....

Hi Simon,

Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/

Ignore

Can you confirm that you have chosen and signed with a fab ?
Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
Have you already finalised your PCB design, contracted partners and started manufacturing ?
Have you finalised your rig design, cooling, PSU and contracted a manufacturer ?

If you ship in December - your customers will take a bath on this.

===================================

Can you confirm that you are still on track for an August tapeout ?
https://www.hashfast.com/uniquifystatemen/
- Yes

Can you confirm that you have chosen and signed with a fab ?
- Yes

Can you tell us what your fab time estimate is ? Do you have a rocket priority run ?
- Cannot publish details. have 3-way NDA between ourselves, Uniquify and the Fab

Have you chosen and signed with bumping, dicing and packaging partners and what is your timeline for these ?
- Yes. Many of these tasks are carried out in the fab. See above.

Have you already finalized your PCB design, contracted partners and started manufacturing ?
- Yes, yes, no.

Have you finalized your rig design, cooling, PSU and contracted a manufacturer ?
- Yes, yes, yes, negotiating with several.

If you ship in December - your customers will take a bath on this.
- We wont. And we'll protect our customer's against hashrate increases.
Expect details on Monday

Thanks!

Eduardo deCastro
Founder and CEO,
HashFast Technologies

_HashFast Technologies_28 nm mining
**Producer of High Performance ASICS**
BabyJets & Sierras On Sale today!

**WastedLTC**
Sr. Member

Activity: 280

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 07:50:41 PM #655

Not sure why the NDA is needed or why u would only accept BTC. I can see if you were shipping the next day, BTC only wouldn't be a problem. Your pricing is not at the same level as your risk. If it was, you would have sold much more than your site was showing.

I just don't see where you are deriving your value when so many of your details are not released.

I'll be watching but right now, not impressed at all.

**crumbs**
Full Member

Activity: 210

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 08:01:10 PM #656

**Quote from: WastedLTC on August 11, 2013, 07:50:41 PM**

...

038

I'll be watching but right now, not impressed at all.

Well, i am. If you're not, that's because you're looking at this the wrong way.
Think of HashFast as a bear riding a bicycle: It's not how well it does it, but that it does it *at all*.

Ignore

**Syke**
Hero Member

Activity: 1204

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 08:21:22 PM #657

**Quote from: Simon Barber on August 11, 2013, 02:59:18 AM**
> The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.

So confident in your schedule that you'll offer refunds in ~~October~~, ~~November~~, ~~December~~, January 2014? That's not very confident at all!

Buy & Hold

**cypherdoc**
Hero Member

Activity: 1078

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 09:21:24 PM #658

**Quote from: Syke on August 11, 2013, 08:21:22 PM**
> **Quote from: Simon Barber on August 11, 2013, 02:59:18 AM**
> > The chip design is almost complete. We're starting sales now because we're at the point where we the calendar of remaining items is fairly fixed, and we're confident we can deliver.
>
> So confident in your schedule that you'll offer refunds in ~~October~~, ~~November~~, ~~December~~, January 2014? That's not very confident at all!

well, step back and think about it. all they're asking you to do is tie up your BTC's for 4.5 mo. if they don't deliver get a refund. that's not bad at all considering what they're developing, the full results of which have not been disclosed yet.

Financial Risk Analytics-Subscription Service
*Strategic Investing for Turbulent Times*
1CYPHERpEiaoYk94dZQ4WLhirkgPSUgnDi

**crumbs**
Full Member

Activity: 210

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 09:24:46 PM #659

**Quote from: cypherdoc on August 11, 2013, 09:21:24 PM**
> ... that's not bad at all *considering what they're developing, the full results of which have not been disclosed yet.*

A pig in a poke?

039

**cypherdoc**
Hero Member

Activity: 1078

Ignore

**Re: HashFast announces specs for new ASIC: 400GH/s**
August 11, 2013, 09:28:11 PM

#660

**Quote from: crumbs on August 11, 2013, 09:24:46 PM**

**Quote from: cypherdoc on August 11, 2013, 09:21:24 PM**

... that's not bad at all *considering what they're developing, the full results of which have not been disclosed yet.*

A pig in a poke?

no, the efficiency of this chip is going to far exceed that of any of their closest competitors.

Financial Risk Analytics-Subscription Service
*Strategic Investing for Turbulent Times*
1CYPHERpEiaoYk94dZQ4WLhirkgPSUgnDi

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 [**33**] 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 ... 423 **print**

Bitcoin Forum > Bitcoin > Mining > Hardware > Custom hardware (Moderators: gmaxwell, MiningBuddy) > **HashFast announces specs for new ASIC: 400GH/s**

« previous topic
next topic »

Jump to: =====> Custom hardware go

Sponsored by Private Internet Access, a Bitcoin-accepting VPN.

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines