ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CYPHER ENTERPRISES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-00243-A |
| | § | |
| HASHFAST TECHNOLOGIES LLC and | § | |
| HASHFAST LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

### HASHFAST TECHNOLOGIES, LLC'S
### NOTICE AND SUGGESTION OF BANKRUPTCY

Please take notice that on May 9, 2014, an involuntary petition seeking relief under Chapter 7 of Title 11 of the United States Code was filed against Hashfast Technologies LLC in Case Number 14-30725 in the United States Bankruptcy Court for the Northern District of California, San Francisco Division. As a result of the filing, the automatic stay of 11 U.S.C. § 362 applies and all action in this case is automatically stayed pending further order from that court.

Dated: May 12, 2014

Respectfully submitted,

*[signature]*

John D. Penn
Texas Bar No. 15752300
JPenn@perkinscoie.com
Kelly D. Hine
Texas Bar No. 24002290
KHine@perkinscoie.com
Erin E. Leu
Texas Bar No. 24070138
ELeu@perkinscoie.com

Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
214.965.7700 – Office
214.965.7799 – Facsimile

**Attorneys for Defendants Hashfast Technologies LLC and Hashfast LLC**

## CERTIFICATE OF SERVICE

On the 12th day of May, 2014, a true and correct copy of the above was sent via certified mail return receipt requested and electronic mail to the following:

Robert J. Bogdanowicz III
325 N. Saint Paul Street, Suite 1500
Dallas, Texas 75201
(214) 736-7861 – Office
(214) 965-8505 – Facsimile
rob@deanslyons.com

*[signature]*
Counsel for Defendants