IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| CYPHER ENTERPRISES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-243-A |
| | § | |
| HASHFAST TECHNOLOGIES LLC, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

This action is before the court by notice of removal filed April 8, 2014, by defendants, HashFast Technologies LLC and HashFast LLC. Plaintiff, Cypher Enterprises, LLC, initiated this action by filing its original petition and application for injunctive relief in the District Court of Tarrant County, 348th Judicial District. On May 13, 2014, the court was informed that defendant HashFast Technologies LLC is a debtor in a bankruptcy case pending in the United States Bankruptcy Court for the Northern District of California, San Francisco Division, as Case No. 14-30725.

Miscellaneous Order No. 33 of this court provides that any proceedings arising under Title 11 or arising in or related to a case under Title 11 be referred automatically to the Bankruptcy Judges of this district for consideration and resolution

consistent with law.  Apparently this action, as it is now postured, is a proceeding related to cases under Title 11, with the consequence that it has automatically been referred by Miscellaneous Order No. 33 to the Bankruptcy Judges of this court for consideration and resolution consistent with law.

Therefore,

The court ORDERS that the above-captioned action be, by way of automatic reference, transferred to the bankruptcy court of the Fort Worth Division of this court for consideration and resolution consistent with law.

SIGNED May 14, 2014.

JOHN McBRYDE
United States District Judge